**25-2103C**

**Exhibits**

| Exhibit No. | Document |
|---|---|
| 1 | Request for Economic Price Adjustment, May 22, 2023 |
| 2 | Supplement to Request for Economic Price Adjustment, April 1, 2024 |
| 3 | Certified CDA Claim, February 25, 2025 |
| 4 | COFD, March 20, 2025 |