# EXHIBIT 1

DGCI-00000001

# Sklute & Associates

Suite 600
12505 Park Potomac Avenue
Potomac, Maryland 20854

————————

Telephone
(202) 637-1223
(301) 838-0009

Fax
(202) 637-0598

E-Mail
Sklute@FEDGOVcontractslaw.com

Lawrence J. Sklute, Esq.
Admitted in D.C., not Maryland

Major General Nolan Sklute
USAF Retired  [of counsel]
Admitted in N.Y., not Maryland

Practice    Limited    to
Federal    Government
Contracts

## TRANSMITTAL COVERSHEET

To:                                    Mr. Roger Brown

Company/Agency:                        DLA Energy

E-mail Address / Fax Number:           Roger.Brown@dla.mil

From:                                  Larry Sklute

Date:                                  22 May 2023

Total of 65 page(s) plus coversheet.

Comments:

Subject:        Request for Economic Price Adjustment under Contract No. SPE605-20-D-9518
                (hereinafter "Contract")

Confidentiality Notice:

The information contained in this communication is information protected by attorney-client and/or attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail or facsimile. If the person actually receiving this communication or any other reader of this communication is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete the e-mail and destroy the facsimile.

\* IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (202) 637-1223

DGCI-00000002

# Sklute & Associates

Suite 600
12505 Park Potomac Avenue
Potomac, Maryland 20854

———————

Telephone
(202) 637-1223
(301) 838-0009

Fax
(202) 637-0598

E-Mail
Sklute@FEDGOVcontractslaw.com

Lawrence J. Sklute, Esq.
Admitted in D.C., not Maryland

Major General Nolan Sklute
USAF Retired [of counsel]
Admitted in N.Y., not Maryland

Practice   Limited   to
Federal    Government
Contracts

May 22, 2023

VIA E-MAIL: Roger.Brown@dla.mil

Defense Logistics Agency – Energy ("DLA-E")
8725 John J. Kingman Road
Fort Belvoir, VA 22060-6222

Attention:    Mr. Roger T. Brown
              Contracting Officer
              (571) 767-0548

Subject:    Request for Economic Price Adjustment under Contract No. SPE605-20-D-9518
            (hereinafter "Contract")

Dear Mr. Brown,

## I
## Introduction

DGCI Corporation ("DGCI") requests an Economic Price Adjustment to CLIN 0006 (jet fuel) in the amount of $5,527,502.11 using a revised reference price indicator pursuant to paragraphs (g)(4) of the Contract's Clause B19.02, entitled "Economic Price Adjustment

DGCI-00000003

Mr. Roger Brown
May 22, 2023
Page 2 of 8

(Overseas) (DLA Energy Jan 2012)," (hereinafter "EPA Clause").[1]  The instant submission is not a claim under the Contract Disputes Act.

## II
### Request for Economic Price Adjustment
### [EPA Clause, ¶ (g)(4)]

The price that DLA Energy was required to pay DGCI (i.e, "PRICE PAYABLE UNDER THE CONTRACT") is defined by the EPA Clause, ¶ (c), which is entitled "Adjustments." Under this provision, DLA Energy was required to pay DGCI the "award price increased or decreased by the amount . . . that the reference price . . . (1) increases or decreases" relative to (2)(ii) "[t]he average of the prices published in PLATTS OILGRAM."[2]  The PRICE PAYABLE UNDER THE CONTRACT for each CLIN is computed by DLA Energy and available/contained in DLA Energy's Tool, "Prices to Web."

CLIN 0006 is for JP8 delivered to Iraq, Al Assad.  For CLIN 0006 paragraph (k) of the EPA Clause[3] establishes that PLATTS (i) is the publication that establishes the reference price and amounts to $1.805952 as of 01 March 2019 and (ii) the "location where [the] reference price is applicable" is "FOB Arab Gulf Monthly (Jet Kero)."  The "award price" for CLIN 0006 is $3.369017 per gallon.  See Contract at pdf page 7.

Pursuant to paragraph (g)(4) of the EPA Clause, DGCI requests that the Contract be modified to revise the contract's PLATTS' market indicator to substitute Iraq's Oil Products Distribution Center's ("OPDC") prices effective November 2021 through April 2023, for the Contract's PLATTS' Arab Gulf March 2019 Reference Price Indicator, for CLIN 0006 and on this basis, DGCI requests an economic price adjustment in the amount of $5,527,502.11.

Where, as here, the Contract's PLATTS reference price indicator (i.e., original market indicator) consistently and substantially fails to reflect market conditions, DLA's EPA clause is intended to remedy the problem by providing a price adjustment through the substitution of the contract's market indicator with an "appropriate and comparable" market price indicator, which, as demonstrated below, is OPDC.  Paragraph (g), which is entitled "Revision of Reference Price Indicator," provides in relevant part:

---

[1] The EPA Clause is set forth on pdf pages 22-26 of the Contract.

[2] EPA Clause, ¶ (k) states, in part:  "PLATTS product prices will escalate monthly based on the average of high and low assessments contained in the Platt's publication of each month in which deliveries are made."  In this regard, for CLIN 0006 the Contract refers to PLATTS as the monthly "Escalator."  See Contract at pdf page 7.

[3] Pursuant to ¶ (c)(2) of the EPA Clause, the "reference price is "more fully defined in the Table . . ." set forth in ¶ (k).

DGCI-00000004

Mr. Roger Brown
May 22, 2023
Page 3 of 8

In the event—

\* \* \*

(4) The Contracting Officer determines that the reference price consistently and substantially failed to reflect market conditions—

the parties shall mutually agree upon an appropriate and comparable substitute for determining the price adjustment described hereunder. The contract shall be modified to reflect such substitute effective on the date the indicator was discontinued, altered, or began to consistently and substantially fail to reflect market conditions.

\* \* \*

Contract at pdf page 24 (emphasis added).

As explained below: (i) The market conditions under the Contract's EPA clause is that of Iraq's OPDC; and (ii) The Contract's PLATT's reference price indicator "consistently and substantially failed to reflect market conditions" from November 2021 through April 2023.

A.     **EPA Clause ¶ (g)(4) Requires the Contract be Modified to Substitute OPDC for the PLATTS' Arab Gulf Monthly Reference Price.**

1.     **The Market Conditions Under the Contract's EPA Clause Is That of Iraq's OPDC.**

Under Iraqi law, all jet fuel for use in Iraq must be purchased from the Iraqi Government's Oil Products Distribution Center ("OPDC"), which is part of Iraq's Ministry of Oil ("MoO"). See, Department of Defense Inspector General, "Audit of Defense Logistic Agency Award and Management of Bulk Fuel Contracts in Areas of Contingency Operations," (23 September 2021) at 5, stating, in relevant part:

Fuel contracted for delivery in Iraq is a complex and time-consuming process because the Iraqi government does not allow imports of non-Iraqi fuel into Iraq. Contractors must procure fuel from the Iraqi government. After DLA issues the order for fuel, contractors source all fuel types through the Oil Products Distribution Center ("OPDC") with monthly fuel allocations that the Iraqi Ministry of Oil must approve.

(emphasis added). DOD IG's "Audit Report" of "DLA Energy's Bulk Fuel Contracts" notes that

DGCI-00000005

Mr. Roger Brown
May 22, 2023
Page 4 of 8

DLA Energy's contracting officers are aware of the fuel purchase requirements required by the Iraq Ministry of Oil:

> Contractors must comply with Iraqi government law when moving, purchasing, and contracting for fuel in Iraq, and DLA Energy contracting officers were aware of the requirement. ... The OPDC required contractors to purchase aviation fuel exclusively from OPDC.

Id. at 17 (emphasis added). In compliance with Iraqi law, DGCI purchased the jet fuel requirement under CLIN 0006 from Iraq's OPDC. DGCI cannot use traditional commercial purchase agreements, leverage economies of scale, or the free marketplace to establish its supply chain given that Iraqi law requires contractors to purchase the jet fuel from a single source – the Iraqi government's OPDC. The Iraqi government's OPDC has a monopoly on jet fuel sold in Iraq. There is no competitive marketplace in Iraq for the purchase of jet fuel. Consequently, when determining its actual costs and preparing its offer amount DGCI considered the OPDC March 2019 price and included the difference between the OPDC March 2019 price ($2.19554 per US Gallon)[4] and the PLATTS March 2019 reference price ($1.805952 per US Gallon).

Paragraph (g)(4) of the Contract's EPA clause directs that the parties mutually agree upon an "appropriate and comparable substitute for determining the price adjustment described herein" given that (as demonstrated below) the PLATTS reference price consistently and substantially failed to reflect market conditions. OPDC is the appropriate and comparable substitute for determining the economic price adjustment. It stands to reason that given the Iraqi government's monopoly on its fuel sales and prices (i.e., Iraqi law requires that all jet fuel used in Iraq must be purchased from the Iraqi government's OPDC) the "market conditions" under DLA's EPA Clause for the Contract's jet fuel requirement, consists of Iraq's market, namely, OPDC. Also, the OPDC prices, which DGCI was required to pay as it was required to purchase the jet fuel from OPDC, are derived from the "finance letters" signed by OPDC, an Iraqi Government body -- an acceptable substitute under DLA's EPA Clause. See DLAR 5416.203-4 (S-90) ("The . . . cost index may be derived from sales prices in the marketplace, quotes, or assessments as reported or made available in a consistent manner in a publication, electronic database, or other form, by . . . [a] Government body . . . .") These finance letters are attached hereto as exhibit nos. 1 through 18 for the period of November 2021 through April 2023, respectively, and the OPDC price per US Gallon are shown in the Table below.

---

[4] This figure is derived from the March 2019 finance letter attached hereto as exhibit no. 19 ("58 cent per liter.")

DGCI-00000006

Mr. Roger Brown
May 22, 2023
Page 5 of 8

2. **PLATTS Reference Price Consistently and Substantially Failed to Reflect Market Conditions in Iraq (e.g., OPDC Prices) During the Period of November 2021 through April 2023.**

As previously explained, Iraqi law requires that CLIN 0006's jet fuel be acquired from the Iraqi government's OPDC. As such, DGCI purchased the jet fuel required by CLIN 0006 from OPDC, paying the OPDC prices.

However, as demonstrated by the Table below, the Contract's PLATTS Arab Gulf Monthly reference price indicator that was selected by the contracting officer for CLIN 0006's jet fuel consistently and substantially failed to reflect the market conditions in Iraq, i.e., the OPDC prices. Each month, beginning November 2021 through April 2023, DGCI consistently paid substantially higher OPDC prices than the amount paid by DLA Energy, i.e., the PRICE PAYABLE UNDER THE CONTRACT:

Table

| EX No. | Month | OPDC Price per Liters | OPDC Price per US Gallon ("USG") | PLATTS price per USG (Available through DLA Energy's Tool, "Prices to Web") | OPDC Price per USG Less PLATTS Price per USG | USG | Economic Price Adjustment |
|---|---|---|---|---|---|---|---|
| 1 | Nov-21 | 0.690000 | $2.611934 | $2.166935 | $0.444999 | 1,127,233.00 | $501,617.56 |
| 2 | Dec-21 | 0.680000 | $2.574080 | $2.066935 | $0.507145 | 980,739.00 | $497,376.88 |
| 3 | Jan-22 | 0.620000 | $2.346955 | $1.926935 | $0.42002 | 1,337,122.00 | $561,617.98 |
| 4 | Feb-22 | 0.730000 | $2.763351 | $2.226935 | $0.536416 | 1,076,704.00 | $577,561.25 |
| 5 | Mar-22 | 0.780000 | $2.952621 | $2.476935 | $0.475686 | 976,454.00 | $464,485.50 |
| 6 | Apr-22 | 1.020000 | $3.861120 | $3.096935 | $0.764185 | 1,010,013.00 | $771,836.78 |
| 7 | May-22 | 1.080000 | $4.088245 | $3.116935 | $0.97131 | 749,860.00 | $728,346.52 |
| 8 | Jun-22 | 1.150000 | $4.353224 | $3.266935 | $1.086289 | 1,018,434.00 | $1,106,313.65 |
| 9 | Jul-22 | 1.270000 | $4.807473 | $3.776935 | $1.030538 | 1,008,679.00 | $1,039,482.04 |
| 10 | Aug-22 | 1.050000 | $3.974683 | $3.086935 | $0.887748 | 1,009,443.00 | $896,131.00 |
| 11 | Sep-22 | 0.990000 | $3.747558 | $3.026935 | $0.720623 | 1,459,921.00 | $1,052,052.65 |
| 12 | Oct-22 | 0.970000 | $3.671850 | $2.746935 | $0.924915 | 987,151.00 | $913,030.77 |
| 13 | Nov-22 | 0.970000 | $3.671850 | $2.846935 | $0.824915 | 938,597.00 | $774,262.74 |
| 14 | Dec-22 | 0.960000 | $3.633996 | $2.776935 | $0.857061 | 788,568.00 | $675,850.88 |

DGCI-00000007

Mr. Roger Brown
May 22, 2023
Page 6 of 8

| 15 | Jan-23 | 0.840000 | $3.179746 | $2.476935 | $0.702811 | 34,012.00 | $23,904.01 |
| 16 | Feb-23 | 0.880000 | $3.331163 | $2.626935 | $0.704228 | 892,139.00 | $628,269.26 |
| 17 | Mar-23 | 0.800000 | $3.028330 | $2.447202 | $0.581128 | 473,754.00 | $275,311.71 |
| 18 | Apr-23 | 0.750000 | $2.839059 | $2.250145 | $0.588914 | 1,115,529.00 | $656,950.65 |
| | | | | | | | |
| | Totals | | | | | 16,984,352 | $12,144,401.84 |

DLA has previously opined that its EPA Clause is intended to provide a remedy under the circumstances present. At the time DLA proposed its Economic Price Adjustment Clause for Rulemaking in 1995, a commenter of DLA's proposed EPA Clause inquired about the risk of unfairly shifting to the contractor -- price uncertainty -- where a contracting officer selects an inappropriate market price indicator. DLA's response relied on the same language that appears in paragraph (g)(4) of the subject Contract's EPA Clause and ensured that DLA's proposed EPA clause -- containing language authorizing the contracting officer to substitute an appropriate indicator when the contract's price indicator for economic price adjustment fails to reflect market conditions -- adequately addressed this risk. The Comment and DLA's response follows[5]:

> The National Security Industrial Association [the commentor] is concerned that the EPA references chosen by the contracting officer might not reflect actual market prices and therefore, the **price available to the contractor**. They stated, "Such a situation could unfairly shift the risk of price uncertainty to the contractor."
>
> [DESC] responds that the commenter seems concerned about implementing the market price concept, not the concept itself. ... In any event, [DESC's] EPA clauses contain provisions for revising market price indicators, if the contracting officer finds a reference has been discontinued, or if it substantially and consistently fails to reflect market conditions. .... Accordingly, the comment does not warrant revising the proposed DLAR coverage.

See, Willams Alaska Petroleum, Inc. v. U.S., 57 Fed. Cl. 789, 800 (2003), quoting DESC's Memorandum of May 12, 1995 (emphasis added). In other words, DLA's EPA Clause's provision for revising the contract's market price indicator (e.g., PLATTS reference price), when the contract's market price indicator "substantially and consistently fails to reflect market conditions," was intended to prevent shifting the risk of price uncertainty to the contractor where the contract's original market price indicator fails to reflect actual market prices, i.e., the price available to the contractor. Id. DLA assured that its EPA clause's provision authorizing the

---

[5] DESC provided DAR Council with a revised memorandum on May 12, 1995, addressing the one public comment received in response to DLA's proposed rule.

DGCI-00000008

Mr. Roger Brown
May 22, 2023
Page 7 of 8

contracting officer to revise a contract's market price indicator *sufficiently* addressed this problem. Id. Additionally, the purpose of the FAR EPA Clause (with which DLA's EPA clause is required to comply[6]) is to divide the risk of economic uncertainty between the parties. See, Williams Alaska Petroleum, Inc. v. United States, 57 Fed. Cl. 789, 791 (2003), stating:

> In its purchase of military fuel, DESC utilized a contract type identified in the Federal Acquisition Regulation ("FAR") as "Fixed-Price contracts with economic price adjustment." 48 C.F.R. § 16.203 (1995). Such contracts provide for an adjustable price, i.e., a price that is adjusted upward or downward during the term of the contract based on **fluctuations in a supplier's prices or costs**. The purpose of this contract type is to allocate between the government and the contractor the risk of the economic uncertainties associated with a long-term contract.

(emphasis added).

Accordingly, paragraph (g)(4) of the EPA Clause requires that when determining the Economic Price Adjustment the PLATTS reference price indicator be revised by substitution with the OPDC prices, an appropriate and comparable market indicator (See §II(A)(1)).

**B.     Request for Economic Price Adjustment**
      **[EPA Clause, ¶ (g)(4)]**

Based on the foregoing, DGCI is entitled to an "Economic Price Adjustment" in the amount of $5,527,502.11 for the JP8 that DLA Energy purchased from DGCI during the period of November 2021 through April 2023.

Effective November 2021 onward through April 2023, DGCI paid Iraq's OPDC's jet fuel prices which were consistently and substantially greater than the amount paid by DLA Energy, which is based on PLATT's reference price. The Economic Price Adjustment under paragraph (g)(4) of the EPA Clause for the period of November 2021 through April 2023 amounts to $12,028,745.42. See Table. However, DGCI's Requested Economic Price Adjustment amounts to $5,527,502.11. The Economic Price Adjustment of $12,028,745.42 under paragraph (g)(4) of the EPA Clause is reduced by $6,616,899.73 given that, as previously discussed (See §II(A)(1), *surpa*), DGCI's offer amount included the amount that the OPDC March 2019 price ($2.19554) exceeded the PLATTS March 2019 reference price ($1.805952). The Requested Economic Price Adjustment is computed as follows:

---

[6] See, e.g., MAPCO Alaska Petroleum. Inc, v. United States. 27 Fed. Cl. 405, 4090 (1992) ("While it is not necessary that the "agency-prescribed" clauses available to DFSC mirror precisely the verbiage in § 16.203-3, "agency prescribed EPA clauses must reflect the concepts underlying that regulation."), abrogated on other grounds, by Tesoro Hawaii Corp. v. United States, 405 F3d 1339 (Fed. Cir. 2005).

DGCI-00000009

Mr. Roger Brown
May 22, 2023
Page 8 of 8

$12,144,401.84  [See Table]
LESS   $ 6,616,899.73  [($2.19554 LESS $1.805952) TIMES 16,984,352 USG]
$ 5,527,502.11

## Conclusion

Based on the foregoing, DGCI requests an Economic Price Adjustment in the amount of $5,527,502.11 for CLIN 006, substituting OPDC for the Platts reference price effective November 2021 through April 2023, and this is warranted.

Sincerely,

Lawrence J. Sklute

cc:    (via e-mail)
Mr. Romeo Smith
romeo.smith@dla.mil
Tel. (571) 485-8479

Mr. Augustus Patterson
augustus.patterson@dla.mil
Tel. (571) 585-1435

Mr. Ketah Watson
ketah.watson@dla.mil
Tel. (571) 767-9003
Cell: (571) 585-8251

Mr. Orlando Rodriguez
orlando.rodriguez@dla.mil

DGCI-00000010

# EXHIBIT 1

DGCI-00000011



شركة توزيع المنتجات النفطية
هيأة الشؤون المالية
قسم الميزانية والتكاليف

OPDC

فاكس ميل

العدد: ٢٥٢١١
التاريخ: ٢٠٢١/١١/١٠

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات

نود أعلامكم انه تم استلام مبلغ (١٩١٢٦٨٠ دولار ) فقط مليار وتسعمائة واثنا عشر مليون وستمائة وثمانون دولارلاغيرها ) عن قيمة (٢٧٧٢٠٠٠ لتر) مليونان و سبعمائة واثنان وسبعون الف لتر ) بموجب مستند القبض المرقم (٦٣٣٢٥) في ٢٠٢١/١١/١٠ الوجبة الثانية من منتوج وقود الطائرات لشركة البرهان من أصل كمية (٧٠٠٠٠٠) لتر مخصص لشهر تشرين الثاني /٢٠٢١ استنادا إلى برقية هيأة التجهيز المرقمة ١١١٣٣ في ٢٠٢١/١٠/٢١

علما إن المبلغ أعلاه لا يتضمن أجور النقل .

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠مع وافر الاحترام

٢٧٧٢٠٠٠ / لتر×٠,٦٩ سنت / لتر = ( ١٩١٢٦٨٠ ) دولار

مناف عبدالله غالب
مدير هيأة الشؤون المالية



صورة عنه إلى/

ـ هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠مع وافر الاحترام٠

ـمخول الشركة أعلاه/ للمتابعة لطفا ٠

ـالهيأة المالية /قسم الميزانية والتكاليف / شعبة المصافي المحلية

العنوان:
العراق / بغداد
/ الدورة
٠
www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co

00-123-456-783
00-123-456-783

Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

DGCI-00000012




**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**

No.: **11454**
Date: **10/11/2021**

**To / South Distribution Authority / Basra Branch**

Re: <u>**SUPPLY OF FUEL (JET-A1)**</u>

We would like to notify you that an amount of (**$1912480**) (*one milliard nine hundred and twelve million six hundred and eighty dollars Only*) has been received for the supply of (**2772000 liters**) (*two million seven hundred and seventy-two thousand liters*) according to the receipt No. (**63325**) on **10/11/2021**, the second batch of (**JET-A1**) product from **Al-Burhan Co.** out of a quantity of (**7000000 liters**) *seven million liters* specified for the month of **November / 2021**, based on the telegram of the Processing Authority No. **11133** on **21/10/2021**.

- **Note that the above amount does not include transportation fees.**

*For your kindly informed and take action  by you...with our best regards …*

<u>**2772000 / liter x 0.69 cents / liter = 1912680 dollars**</u>

*Signature*
**Manaf Abdullah Ghalib**
***Director of the Financial Affairs Authority***

DGCI-00000013

# EXHIBIT 2

DGCI-00000014



جمهورية العراق | وزارة النفط
IRAQ | Ministry of oil

شركة توزيع المنتجات النفطية
هيأة الشؤون المالية
قسم الميزانية والتكاليف

OPDC

العدد: ١٥٠٥٨

التاريخ: ٧/ ١٢/ ٢٠٢١

فاكس مبل

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات

نود أعلامكم انه تم استلام مبلغ (١٣٩٥٣٦٠ دولار ) فقط مليون وثلاثمائة وخمسة وتسعون الف وثلاثمائة وستون دولار لاغيرها ) عن قيمة (٢٠٥٢٠٠٠ لتر) مليونان واثنان وخمسون الف لتر) بموجب مستند القبض المرقم (٦٣٣٤٦) في ٢٠٢١/١٢/٧ الوجبة الاولى من منتوج وقود الطائرات لشركة البرهان من أصل كمية (٧٠٠٠٠٠٠ لتر) سبعة مليون لتر مخصص لشهر كانون الاول/٢٠٢١ استنادا إلى برقية هيأة التجهيز المرقمة ١٢٣٥٨ في ٢٠٢١/١١/٢٣

علما إن المبلغ أعلاه لا يتضمن أجور النقل .

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠مع وافر الاحترام

$٢٠٥٢٠٠٠$ / لتر $×٠،٦٨$ سنت / لتر = ( ١٣٩٥٣٦٠ )دولار

مناف عبدالله غالب

مدير هيأة الشؤون المالية

صورة عنه إلى/

- هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠مع وافر الاحترام٠
- مخول الشركة أعلاه/ للمتابعة لطفا ٠
- الهيأة المالية /قسم الميزانية والتكاليف / شعبة المصافي المحلية

العنوان:
العراق / بغداد
/ الدورة
www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co
00-123-456-783
00-123-456-783

 

Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

منير ارشد عبدالحميد

DGCI-00000015



**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**

No.: **12529**
Date: **7/12/2021**

To / South Distribution Authority / Basra Branch

Re: **SUPPLY OF FUEL (JET-A1)**

We would like to notify you that an amount of (**$1395360**) (*one million three hundred ninety-five thousand three hundred sixty dollars Only*) has been received for the supply of (**2052000 liters**) (*two million fifty-two thousand liters*) according to the receipt No. (**63346**) on **7/12/2021**, the first batch of (**JET-A1**) product from **Al-Burhan Co.** out of a quantity of (**7000000 liters**) *seven million liters* specified for the month of **December / 2021**, based on the telegram of the Processing Authority No. **12358** on **23/11/2021**.

- **Note that the above amount does not include transportation fees.**

*For your kindly informed and take action  by you...with our best regards …*

**2052000 / liter x 0.68 cents / liter = 1395360 dollars**

*Signature*
**Manaf Abdullah Ghalib**
***Director of the Financial Affairs Authority***

DGCI-00000016

# EXHIBIT 3

DGCI-00000017



شركة توزيع المنتجات النفطية
هيأة الشؤون المالية
قسم الميزانية والتكاليف

OPDC

العدد: ١٧٨

التاريخ: ٢٠٢٢/١/١١

فاكس ميل



إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات

نود أعلامكم انه تــم استلام مبلغ (١٨٩٧٢٠٠ دولار ) (مليون وثمانمائة وسبعة وتسعون الف ومائتان دولارلاغيرها ) عن قيمـــة (٣٠٦٠٠٠ لتر) (ثلاثة مـليون وسـتون الف لـتر ) بموجــب مسـتند القبـض المرقـم (٦٣٣٦٢) في ٢٠٢١/١/١١  الوجبة الأولى من منتوج وقود الطائرات لشركة البرهان من أصل كميـــة (٧٠٠٠٠٠) لتر مخصص لشهركانون الثاني /٢٠٢٢ استنادا إلى برقية هيأة التجهيز المرقمة ١٢٩٠٣ فـــي ٢٠٢١/١٢/٦

علما إن المبلغ أعلاه لا يتضمن أجور النقل .

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠مع وافر الاحترام

٣٠٦٠٠٠ / لتر×٦٢،٠سنت / لتر = ( ١٨٩٧٢٠٠) دولار

منـاف عبدالله غالب

مدير هيأة الشؤون المالية

صورة عنه الى/

ـ هيأة التجهيز /اشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠مع وافر الاحترام٠

ـ محول الشركة أعلاه/ للمتابعة لطفا ٠

ـالهيأة المالية /قسم الميزانية والتكاليف / شعبة المصافي المحلية



العراق / بغداد / الدورة
www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.g ov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co
00-123-456-783
00-123-456-783

Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

DGCI-00000018



**REPUBLIC OF IRAQ
MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**



No.: **271**
Date: **11/1/2022**

### To / South Distribution Authority / Basra Branch

### Re: <u>**SUPPLY OF FUEL (JET-A1)**</u>

We would like to notify you that an amount of (**$1897200**) (*one million eight hundred ninety-seven thousand two hundred dollars Only*) has been received for the supply of (**3060000 liters**) (*three million sixty thousand liters*) according to the receipt No. (**63362**) on **11/1/2021**, the first batch of (**JET-A1**) product from **Al-Burhan Co.** out of a quantity of (**7000000 liters**) specified for the month of **January/ 2022**, based on the telegram of the Processing Authority No. **12903** on **6/12/2021**.

- **Note that the above amount does not include transportation fees.**

*For your kindly informed and take action  by you...with our best regards …*

<u>**3060000 / liter x 0.62 cents / liter = 1897200 dollars**</u>

*Signature*
**Manaf Abdullah Ghalib**
*Director of the Financial Affairs Authority*





DGCI-00000019

# EXHIBIT 4

DGCI-00000020



شركة توزيع المنتجات النفطية
هيأة الشؤون المالية
قسم الميزانية والتكاليف

OPDC

جمهورية العراق / وزارة النفط
IRAQ | Ministry of oil

العدد:
التاريخ: ١١/٤/٤ ٤..ع

فاكس ميل

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات

نود أعلامـكم انه تـم استلام مبلغ (١٩١٨٤٤٠ دولار ) (مليون وتسـعمائة وثمانية عشر الف واربعمائة واربعون دولارلاغيرهـا ) عن قيمـة (٢٦٢٨٠٠٠ لتر) (مليونان وستمائة وثمانية وعشرون الف لتر ) بموجـب مسـتند القبـض المرقـم (٦٣٣٨٠) في ٢٠٢١/٢/١٤ الوجـبة الثـانية من منـتوج وقـود الطـائرات لشركة البرهان من أصل كميـة (٧٠٠٠٠٠) لتر مخصص لشـهر شباط/٢٠٢٢ استنادا إلى برقية هيأة التجهيز المرقمة ٢٢٣ فـي ١٠/١/ ٢٠٢٢

علما إن المبلغ أعلاه لا يتضمن أجور النقل .

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠ مع وافر الاحترام

٢٦٢٨٠٠٠ / لتر×٠,٧٣ سنت / لتر = ( ١٩١٨٤٤٠ ) دولار

منـاف عبدالله غالب

مدير هيأة الشؤون المالية

صورة عنه إلى/

- هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠ مع وافر الاحترام٠

- مخول الشركة أعلاه/ للمتابعة لطفا ٠

- الهيأة المالية /قسم الميزانية والتكاليف / شعبة المصافي المحلية




العنوان:
العراق / بغداد
/ الدورة
٠ . ..
www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co
00-123-456-783
00-123-456-783

ISO
9001-2015

Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

DGCI-00000021



**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**



No.: **1701**
Date: **14/2/2022**

### To / South Distribution Authority / Basra Branch

### Re: <u>SUPPLY OF FUEL (JET-A1)</u>

We would like to notify you that an amount of (**$1918440**) (*one million nine hundred eighteen thousand four hundred forty dollars Only*) has been received for the supply of (**2628000 liters**) (*two million six hundred twenty-eight thousand liters*) according to the receipt No. (**63380**) on **14/2/2021**, the second batch of (**JET-A1**) product from **Al-Burhan Co.** out of a quantity of (**7000000 liters**) specified for the month of **February/ 2022**, based on the telegram of the Processing Authority No. **223** on **10/1/2022**.

- **Note that the above amount does not include transportation fees.**

*For your kindly informed and take action  by you...with our best regards …*

<u>2628000 / liter x 0.73 cents / liter = 1918440 dollars</u>

*Signature*
**Manaf Abdullah Ghalib**
***Director of the Financial Affairs Authority***





13. 05. 2023

DGCI-00000022

# EXHIBIT 5

DGCI-00000023



شركة توزيع المنتجات النفطية

هيأة الشؤون المالية

قسم الميزانية والتكاليف

شعبة المصافي المحلية

جمهورية العراق / وزارة النفط
IRAQ | Ministry of oil

العدد: ١٢٢٩
التاريخ: ٢٠٢٢/٢/١٥

فاكس مبل

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات

نود أعلامكم انه تم استلام مبلغ قدره (٧٥٨١٦٠ دولار ) سبعمائة وثمانية وخمسون الف ومائة وستون دولار عن قيمة (٩٧٢٠٠٠ لتر) تسعمائة واثنان وسبعون الف لتربموجب مستند القبض المرقم ( ٦٣٣٩٢ ) في ٢٠٢٢/٣/١٥ من منتوج وقود الطائرات من شركة الوافي من أصل كمية (١٠٠٠٠٠٠ لتر) مخصص لشهر اذار / ٢٠٢٢ استنادا إلى برقية هيأة التجهيز المرقمة ١٨٠٠ في ٢٠٢٢/٢/١٥

علما إن المبلغ أعلاه لا يتضمن أجور النقل .

| المبلغ / دولار | السعر / سنت | الكمية / لتر |
|---|---|---|
| ٧٥٨,١٦٠ | ٠,٧٨ | ٩٧٢٠٠٠ |

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠ مع التقدير .

جبار كريم ثامر

عـ . مدير هيأة الشؤون المالية

مدير قسم الميزانية والتكاليف



العنوان:
العراق / بغداد
/ الدورة
www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co
00-123-456-783
00-123-456-783

صورة عنه إلى/

- هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠ مع وافر الاحترام٠

- مخول الشركة أعلاه/ للمتابعة لطفا ٠

- الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية .



Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

CamScanner  المسسوحة ضوئيا بـ

DGCI-00000024





**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
FINANCIAL AFFAIRS AUTHORITY
BUDGET AND COSTS DEPARTMENT
LOCAL REFINERIES DIVISION

No.: 3321
Date: 15/3/2022

To / South Distribution Authority / Basra Branch

Re: **SUPPLY OF THE AVIATION FUEL (JET-1)**

We would like to notify you that an amount of (**$758160**) (*Seven hundred fifty-eight thousand one hundred and sixty dollars Only*) has been received for the supply of (**972000 liters**) *(Nine hundred and seventy two thousand liters)* according to the receipt No. (**63392**) on **15/3/2022**, of the aviation fuel (Jet-1) from **Al-Wafi Co.** out of a quantity of (**1000000 liters**) specified for the month of **March / 2022**, based on the telegram of Supply Authority No. **1800** on **15/2/2022**.

- **Note that the above amount does not include transportation fees.**

| Quantity / liters | Price / cent | The amount / dollars |
|---|---|---|
| 972000 | 0.78 | 758.160 |

*For your kindly informed and take action  by you...with our best regards ...*

*Signature*
**Jabar Karim Thabit**
**Director of Budget & Costs Department**



DGCI-00000025

# EXHIBIT 6

DGCI-00000026



جمهورية العراق | وزارة النفط
IRAQ | Ministry of oil

شركة توزيع المنتجات النفطية
هيأة الشؤون المالية
قسم الميزانية والتكاليف

OPDC

العدد: ١٧٩٩

التاريخ: ٢٤/٤/ع - cc

مذكرة

الى / هيأة التجهيز / قسم وقود الطائرات

م/وقود طائرات

نـود أعلامكـم انـه تـم اسـتلام مبـلغ قـدره (٢,٠٤٠,٠٠٠ دولار) مليونـان واربعـون الـف دولار عـن قيمـة (٢٠٠٠٠٠ لتر) بموجب مستند القبـض المرقـم (٦٣٤٢٠) فـي ٢٠٢٢/٤/٢٤ مـن منتـوج وقـود الطـائرات مـن شركـة البرهـان مـن أصـل كميـة (٢٠٠٠٠٠ لتـر) مخصص لشـهر نيسـان / ٢٠٢٢ استـنادا إلـى برقيـة هيـأة التجهيز المرقمـة ٣١٧٩ في ٢٠٢٢/٣/١٦ علما إن المبلغ أعلاه لا يتضمن أجور النقل

| المبلغ / دولار | السعر / سنت | الكمية / لتر |
|---|---|---|
| ٢,٠٤٠,٠٠٠ | ١,٠٢ | ٢٠٠٠٠٠٠ |

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠ مع التقدير

مناف عبدالله غالب
مدير هيأة الشؤون المالية

صورة عنه إلى/

ـ هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠ مع وافر الاحترام٠

ـ مخول الشركة أعلاه/ للمتابعة لطفا ٠

الهيأة المالية /قسم الميزانية والتكاليف/ نعبة المصافي المحلية .

المحرر/ منى ارشد عبد الحميد    مسؤول الشعبة / علا محفوظ صالح

العنوان:
العراق / بغداد
/ الدورة
www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co
00-123-456-783
00-123-456-783

 

Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

DGCI-00000027



**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**

No.: **1699**
Date: **24/4/2022**

To / **South Distribution Authority / Basra Branch**

Re: <u>**SUPPLY OF THE AVIATION FUEL (JET-1)**</u>

We would like to notify you that an amount of (**$2.040.000**) (*two million forty thousand Only*) has been received for the supply of (**2000000 liters**) according to the receipt No. (**63420**) on **24/4/2022**, of the aviation fuel (Jet-1) from **Al-Burhan Co.** out of a quantity of (**2000000 liters**) *liters* specified for the month of **April / 2022**, based on the telegram of Supply Authority No. **3179** on **16/3/2022**.

- **Note that the above amount does not include transportation fees.**

| Quantity / liters | Price / cent | The amount / dollars |
|---|---|---|
| **2000000** | **1.02** | **2.040.000** |

*For your kindly informed and take action  by you...with our best regards ...*

*Signature*
**Manaf Abdullah Ghalib**
***Director of the Financial Affairs Authority***

DGCI-00000028

# EXHIBIT 7

DGCI-00000029





شركة توزيع المنتجات النفطية

هيأة الشؤون المالية
قسم الميزانية والتكاليف
شعبة المصافي المحلية

OPDC

العدد: ٦٢٤٥٠

التاريخ: ١١/٥/٢٠٢٢

فاكس ميل

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات

نود أعلامكم انه تم استلام مبـلـغ قدره (٧٧٧,٦٠٠ دولار ) سبعمائة وسبعة وسبعون الف وستمائة دولارلاغيرها عن قيمـة (٧٢٠٠٠٠ لتر) بموجب مستند القبض المرقـم ( ٦٣٤٢٩ ) في ٢٠٢٢/٥/١١ من منتوج وقود الطـائرات من شركـة الوافي من أصل كميـة (١٠٠٠٠٠ لتر) مخصص لشهر ايار / ٢٠٢٢ استنادا إلى برقيـة هيأة التجهيز المرقمة ٤٤٤٥ في ٢٠٢٢/٤/١٢

علما إن المبلغ أعلاه لا يتضمن أجور النقل .

| المبلغ / دولار | السعر / سنت | الكمية / لتر |
|---|---|---|
| ٧٧٧,٦٠٠ | ١,٠٨ | ٧٢٠٠٠٠ |

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠مع التقدير .

جبــار كـــريم ثــامـر

عـ . مدير هيأة الشؤون المالية

مدير قسم الميزانية والتكاليف

صورة عنه إلى/

- هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠مع وافر الاحترام٠

- مخول الشركة أعلاه/ للمتابعة لطفا ٠

- الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية .

المحرر / منى ارشد عبد الحميد          مسؤول الشعبة / علا محفوظ صالح

العنوان:
العراق / بغداد
/ الدورة

www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co

📞 00-123-456-783
📞 00-123-456-783

  

Doc. No. Qsp/12/f3
Revision No. 01
Date. 2019

DGCI-00000030



**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**



No.: **5426**
Date: **11/5/2022**

**To / South Distribution Authority / Basra Branch**

Re: <u>**SUPPLY OF FUEL (JET-A1)**</u>

We would like to notify you that an amount of (**$777.600**) (*seven hundred seventy-seven thousand six hundred Only*) has been received for the supply of (**720000 liters**) according to the receipt No. (**63429**) on **11/5/2022**, of (**JET-A1**) product from **Al-Wafi Co.** out of a quantity of (**1000000 liters**) *liters* specified for the month of **May / 2022**, based on the telegram of the Processing Authority No. **4445** on **12/4/2022**.

- **Note that the above amount does not include transportation fees.**

| Quantity / liters | Price / cent | The amount / dollars |
|:---:|:---:|:---:|
| **720000** | **1.08** | **777.600** |

*For your kindly informed and take action  by you...with our best regards …*



*Signature*
**Jabar Karim Thabit**
***Director of the Financial Affairs Authority***



DGCI-00000031

# EXHIBIT 8

DGCI-00000032



| جمهورية العراق | وزارة النفط | شركة توزيع المنتجات النفطية |
| IRAQ | Ministry of oil | هيأة الشؤون المالية |
| | قسم الميزانية والتكاليف |
| | شعبة المصافي المحلية |
| | OPDC |

العدد: ٨٣٦٨

التاريخ: ٢٠٢٢/٦/٣

مذكرة

إلى/ هيأة التجهيز / قسم وقود الطائرات

م/وقود طائرات

نود أعلامكم انه تم استلام مبلغ قدره ( ٤١,٤٠٠ دولار ) واحد واربعون الف واربعمائة دولارلاغيرها عن قيمة ( ٣٦٠٠٠ لتر) بموجب مستند القبض المرقـم ( ٦٣٤٥٤ ) في ٢٠٢٢/٦/٢٣ من منتوج وقود الطائرات من شركة الوافي من أصل كمية ( ١٠٠٠٠٠ لتر) مخصص لشهر حزيران / ٢٠٢٢ استنادا إلى برقية هيأة التجهيز المرقمة ٦٠٨٥ في ٢٠٢٢/٥/٢١

علما إن المبلغ أعلاه لا يتضمن أجور النقل .

| المبلغ / دولار | السعر / سنت | الكمية / لتر |
|---|---|---|
| ٤١,٤٠٠ | ١,١٥ | ٣٦٠٠٠ |

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠مع التقدير

مناف عبد الله غالب

مدير هيأة الشؤون المالية

٣/ ٦ / ٢٠٢٢

صورة عنه إلى/

ـ هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠مع وافر الاحترام٠

ـ مخول الشركة أعلاه/ للمتابعة لطفا ٠

الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية .

المحرر / منى ارشد عبد الحميد       مسؤول شعبة / علا محفوظ صالح        مدير القسم /



العنوان:
العراق / بغداد
/ الدورة

www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co

00-123-456-783
00-123-456-783

Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

DGCI-00000033



**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**



No.: **2668**
Date: **23/6/2022**

### To / South Distribution Authority / Basra Branch

Re: **SUPPLY OF FUEL (JET-A1)**

We would like to notify you that an amount of (**$41.400**) (*forty-one thousand four hundred Only*) has been received for the supply of (**36000 liters**) according to the receipt No. (**63454**) on **23/6/2022**, of (**JET-A1**) product from **Al-Wafi Co.** out of a quantity of (**1000000 liters**) *liters* specified for the month of **June / 2022**, based on the telegram of the Processing Authority No. **6085** on **21/5/2022**.

- **Note that the above amount does not include transportation fees.**

| Quantity / liters | Price / cent | The amount / dollars |
|:---:|:---:|:---:|
| 36000 | 1.15 | 41.400 |

*For your kindly informed and take action  by you...with our best regards …*

*Signature*
**Munaf Abdllah Ghalib**
***Director of the Financial Affairs Authority***



DGCI-00000034

# EXHIBIT 9

DGCI-00000035



جمهورية العراق | وزارة النفط
**IRAQ | Ministry of oil**

شركة توزيع المنتجات النفطية
هيأة الشؤون المالية
قسم الميزانية والتكاليف
شعبة المصافي المحلية

OPDC

العدد: ٨٨٥٩
التاريخ:

فاكس ميل

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات

نود أعلامكم انه تم استلام مبلغ قدره (١,٩٦٥,٩٦٠ دولار ) مليون وتسعمائة وخمسة وستون الف وتسعمائة وستون دولار لاغيرها عن قيمة (١٥٤٨٠٠٠ لتر) بموجب مستند القبض المرقم (٦٣٤٦٥) في ٢٠٢٢/٧/٢٥ من منتوج وقود الطائرات من شركة الوافي من أصل كمية (٨٠٠٠٠٠٠ لتر) مخصص لشهر تموز/ ٢٠٢٢ استنادا الى برقية هيأة التجهيز المرقمة ٧٦٤٧ في ٢٠٢٢/٦/٢٥

علما إن المبلغ أعلاه لا يتضمن أجور النقل .

| المبلغ / دولار | السعر / سنت | الكمية / لتر |
|---|---|---|
| ١,٩٦٥,٩٦٠ | ١,٢٧ | ١٥٤٨٠٠٠ |

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠مع التقدير .

جبار كريم ثامر

ع . مدير هيأة الشؤون المالية
مدير قسم الميزانية والتكاليف

صورة عنه إلى/

- هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠مع وافر الاحترام٠
- مخول الشركة أعلاه/ للمتابعة لطفا ٠
- الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية .



المحرر / منى ارشد العبيد        مسؤول الشعبة / .......

ايمان حكيم

العنوان:
العراق / بغداد
/ الدورة

www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co

00-123-456-783
00-123-456-783



Doc. No. Qsp/12/f3
Revision No. 01
Date. 2019

DGCI-00000036

**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**

No.: **8854**
Date: **25/7/2022**

To / South Distribution Authority / Basra Branch

Re: <u>**SUPPLY OF FUEL (JET-A1)**</u>

We would like to notify you that an amount of (**$1.965.960**) (*one million nine hundred sixty-five thousand nine hundred sixty Only*) has been received for the supply of (**1548000 liters**) according to the receipt No. (**63465**) on **25/7/2022**, of (**JET-A1**) product from **Al-Wafi Co.** out of a quantity of (**1000000 liters**) *liters* specified for the month of **July / 2022**, based on the telegram of the Processing Authority No. **7647** on **25/6/2022**.

- **Note that the above amount does not include transportation fees.**

| Quantity / liters | Price / cent | The amount / dollars |
|---|---|---|
| **1548000** | **1.27** | **1.965.960** |

*For your kindly informed and take action  by you...with our best regards …*



*Signature*
**Jabar Karim Thabit**
***Director of the Financial Affairs Authority***



DGCI-00000037

# EXHIBIT 10

DGCI-00000038




شركة توزيع المنتجات النفطية

جمهورية العراق | وزارة النفط
IRAQ | Ministry of oil

هيأة الشؤون المالية
قسم الميزانية والتكاليف
شعبة المصافي المحلية

OPDC

العدد: ١٠٢٩
التاريخ: ٨١٨/ ٢٠٢٢ م

فاكس ميل

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات

نود أعلامكم انه تم استلام مبلغ قدره (١,٩٢٧,٨٠٠ دولار ) مليون وتسعمائة وسبعة وعشرون الف وثمانمائة دولار لاغيرها عن قيمة (١٨٣٦٠٠٠ لتر) بموجب مستند القبض المرقم (٦٣٤٧٦) في ٢٠٢٢/٨/٨ من منتوج وقود الطائرات من شركة الوافي من أصل كمية (٦٠٠٠٠٠ لتر) الوجبة الأولى مخصص لشهر اب/ ٢٠٢٢ استنادا إلى برقية هيأة التجهيز المرقمة ٨٥٠٠ في ٢٠٢٢/٧/١٧

علما إن المبلغ أعلاه لا يتضمن أجور النقل .

| المبلغ / دولار | السعر / سنت | الكمية / لتر |
|---|---|---|
| ١,٩٢٧,٨٠٠ | ١,٠٥ | ١٨٣٦٠٠٠ |

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠مع التقدير .

مناف عبدالله غالب

مدير هيأة الشؤون المالية

العنوان:
العراق / بغداد
/ الدورة

www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co
00-123-456-783
00-123-456-783

صورة عنه إلى/

- هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠مع وافر الاحترام٠

- مخول الشركة أعلاه/ للمتابعة لطفا ٠

- الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية .




Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

المحرر / منى ارشد عبد الحميد

مسؤول الشعبة/ علا محفوظ صالح

DGCI-00000039

**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**

No.: **9301**
Date: **8/8/2022**

To / South Distribution Authority / Basra Branch

Re: **SUPPLY OF FUEL (JET-A1)**

We would like to notify you that an amount of (**$1.927.800**) (*one million nine hundred twenty-seven thousand eight hundred Only*) has been received for the supply of (**1836000 liters**) according to the receipt No. (**63476**) on **8/8/2022**, the first batch of (**JET-A1**) product from **Al-Wafi Co.** out of a quantity of (**6000000 liters**) *liters* specified for the month of **August/ 2022**, based on the telegram of the Processing Authority No. **8500** on **17/7/2022**.

- **Note that the above amount does not include transportation fees.**

| Quantity / liters | Price / cent | The amount / dollars |
|---|---|---|
| **1836000** | **1.05** | **1.927.800** |

*For your kindly informed and take action  by you...with our best regards …*

*Signature*
**Munaf Abdllah Ghalib**
*Director of the Financial Affairs Authority*





13. 05. 2023

# EXHIBIT 11

DGCI-00000041



جمهورية العراق | وزارة النفط
IRAQ | Ministry of oil

شركة توزيع المنتجات النفطية
هيأة الشؤون المالية
قسم الميزانية والتكاليف
شعبة المصافي المحلية

OPDC

العدد: ١١٦٨٧
التاريخ: ٢٠٢٢/٩/٢٧

فاكس ميل

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/ وقود طائرات

نود أعلامكم انه تم استلام مبلغ قدره (٩٦٢,٢٨٠ دولار) تسعمائة واثنان وستون الف ومائتان وثمانون دولار لاغيرها عن قيمة (٩٧٢٠٠٠ لتر) بموجب مستند القبض المرقم (٦٣٥٠١) في ٢٠٢٢/٩/٢٧ من منتوج وقود الطائرات من شركة الوافي من أصل كمية (٥٠٠٠٠٠ لتر) الوجبة الثانية مخصص لشهر ايلول/ ٢٠٢٢ استنادا إلى برقية هيأة التجهيز المرقمة ١٠٢٦٠ في ٢٠٢٢/٨/٢٢

علما إن المبلغ أعلاه لا يتضمن أجور النقل .

| المبلغ / دولار | السعر / سنت | الكمية / لتر |
|---|---|---|
| ٩٦٢,٢٨٠ | ٠,٩٩ | ٩٧٢٠٠٠ |

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠ مع التقدير .

مناف عبدالله غالب

مدير هيأة الشؤون المالية

صورة عنه إلى/

- هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠ مع وافر الاحترام.

- مخول الشركة أعلاه/ للمتابعة لطفا ٠

- الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية .

العنوان:
العراق / بغداد
/ الدورة

www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co

00-123-456-783
00-123-456-783




Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

المحرر / منى ارشد ........سعيد          مسؤول الشعبة / علا محفوظ صالح

DGCI-00000042




**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**

No.: **11287**
Date: **27/9/2022**

To / South Distribution Authority / Basra Branch

Re: **SUPPLY OF FUEL (JET-A1)**

We would like to notify you that an amount of (**$962.280**) (*nine hundred sixty-two thousand two hundred eighty Only*) has been received for the supply of (**972000 liters**) according to the receipt No. (**63501**) on **27/9/2022**, the second batch of (**JET-A1**) product from **Al-Wafi Co.** out of a quantity of (**5000000 liters**) *liters* specified for the month of **September/ 2022**, based on the telegram of the Processing Authority No. **10260** on **22/8/2022**.

- **Note that the above amount does not include transportation fees.**

| Quantity / liters | Price / cent | The amount / dollars |
|---|---|---|
| **972000** | **0.99** | **962.280** |

*For your kindly informed and take action  by you...with our best regards …*



*Signature*
**Munaf Abdllah Ghalib**
***Director of the Financial Affairs Authority***



DGCI-00000043

# EXHIBIT 12

DGCI-00000044



شركة توزيع المنتجات النفطية

هيأة الشؤون المالية
قسم الميزانية والتكاليف
شعبة المصافي المحلية

OPDC

جمهو... | وزارة النفط
IRAQ | Mi... of oil

العدد: ١٠٢٢

التاريخ: ١٦/١ /٢٢٢٢

فاكس ميل

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/ وقود طائرات

نود أعلامكم انه تم استلام مبلغ قدره (٨٧٣,٠٠٠ دولار ) ثمانمائة وثلاثة وسبعون الف دولار لاغيرها عن قيمة (٩٠٠٠٠٠ لتر) بموجب مستند القبض المرقم (٦٣٥١٧) في ٢٠٢٢/١٠/١٦ من منتوج وقود الطائرات من شركة الوافي من أصل كمية (٥٠٠٠٠٠٠ لتر) الوجبة الرابعة المخصصة لشهر تشرين الاول/ ٢٠٢٢ استنادا إلى برقية هيأة التجهيز المرقمة ١١٣٦١ في ٢٠٢٢/٩/١٣

علما إن المبلغ أعلاه لا يتضمن أجور النقل .

| المبلغ / دولار | السعر / سنت | الكمية / لتر |
|---|---|---|
| ٨٧٣,٠٠٠ | ٠,٩٧ | ٩٠٠٠٠٠ |

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠ مع التقدير .

جبار كريم ثامر

عـ . مدير هيأة الشؤون المالية

مدير قسم الميزانية والتكاليف

صورة عنه إلى/

- هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠ مع وافر الاحترام٠

- مخول الشركة أعلاه/ للمتابعة لطفا ٠

- الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية .

المحرر / منى ارشيد عبد الحميد          مسؤول الشعبة / علا محفوظ صالح

العنوان:
العراق / بغداد
/ الدورة
...

www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co
00-123-456-783
00-123-456-783



ISO
9001:2015

Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

DGCI-00000045



**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**

No.: **12032**
Date: **16/10/2022**

**To / South Distribution Authority / Basra Branch**

Re: <u>**SUPPLY OF FUEL (JET-A1)**</u>

We would like to notify you that an amount of (**$873.000**) (*eight hundred seventy-three thousand Only*) has been received for the supply of (**900000 liters**) according to the receipt No. (**63517**) on **16/10/2022**, the Fourth batch of (**JET-A1**) product from **Al-Wafi Co.** out of a quantity of (**5000000 liters**) *liters* specified for the month of **October/ 2022**, based on the telegram of the Processing Authority No. **11361** on **13/9/2022**.

- **Note that the above amount does not include transportation fees.**

| Quantity / liters | Price / cent | The amount / dollars |
|---|---|---|
| **900000** | **0.97** | **873.000** |

*For your kindly informed and take action  by you...with our best regards …*



*Signature*
**Jabar Karim Thabit**
*Director of the Financial Affairs Authority*



13. 05. 2023

DGCI-00000046

# EXHIBIT 13

DGCI-00000047



شركة توزيع المنتجات النفطية

هيـأة الـشؤون الـمالـية
قسم المـيزانية والـتكاليف
شعبة الـمصافي المحلية

OPDC

العدد: ١٢٨٦٠
التاريخ:

فاكس ميل

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات

نود أعلامكم انه تم استلام مبلغ قدره (٩٧٧,٧٦٠ دولار ) تسعمائة وسبعة وسبعون الف وسبعمائة وستون دولار لاغيرها عن قيمـة (١٠٨٠٠٠ لتر) بموجب مستند القبض المرقـم (٦٣٥٤١) في ٢٠٢٢/١١/٢٤ من منتوج وقود الطائرات من شركـة الوافي من أصل كميـة (٥٠٠٠٠٠ لتـر) الوجبة الخامسة المخصصة لشهر تشـرين الثاني/ ٢٠٢٢ استـنادا إلى برقيـة هيأة التجهيز المرقمة ١٢٧٨٣ في ٢٠٢٢/١٠/١٨

علما إن المبلغ أعلاه لا يتضمن أجور النقل .

| المبلغ / دولار | السعر / سنت | الكمية / لتر |
|---|---|---|
| ٩٧٧,٧٦٠ | ٠,٩٧ | ١٠٨٠٠٠٠ |

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠مع التقدير .

جبـار كـريم ثامر
عـ . مدير هيأة الشؤون المالية
مدير قسم الميزانية والتكاليف

صورة عنه إلى/

ـ هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠مع وافر الاحترام٠

ـ مخول الشركة أعلاه/ للمتابعة لطفا ٠

ـ الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية .

المحرر / منى ارشد عيد الحميد      مسؤول الشعبة / علا محفوظ صالح

العنوان:
العراق / بغداد
/ الدورة

🌐 www.opdc.oil.gov.iq
✉ fax_opdc@opdc.oil.gov.i
✉ fax_opdc1@opdc.oil.gov.iq
✉ opdc_dura2010@yahoo.co
✉ opdc_dura_2011@yahoo.co
📞 00-123-456-783
📞 00-123-456-783




Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

DGCI-00000048

**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**

No.: **13840**
Date: **24/11/2022**

### To / South Distribution Authority / Basra Branch

### Re: SUPPLY OF FUEL (JET-A1)

We would like to notify you that an amount of (**$977.760**) (*nine hundred seventy-seven thousand seven hundred sixty Only*) has been received for the supply of (**1008000 liters**) according to the receipt No. (**63541**) on **24/11/2022**, the Fifth batch of (**JET-A1**) product from **Al-Wafi Co.** out of a quantity of (**5000000 liters**) *liters* specified for the month of **November/ 2022**, based on the telegram of the Processing Authority No. **12783** on **18/10/2022**.

- **Note that the above amount does not include transportation fees.**

| Quantity / liters | Price / cent | The amount / dollars |
|---|---|---|
| 1008000 | 0.97 | 977.760 |

*For your kindly informed and take action  by you...with our best regards ...*

*Signature*
**Jabar Karim Thabit**
*Director of the Financial Affairs Authority*





DGCI-00000049

# EXHIBIT 14

DGCI-00000050



شركة توزيع المنتجات النفطية

جمهورية العراق | وزارة النفط
IRAQ | Ministry of oil

هيأة الشؤون المالية
قسم الميزانية والتكاليف
شعبة المصافي المحلية

OPDC

العدد: ١٢٨٥٥

التاريخ: ١٩/١٢/٢٠٢٢

فاكس ميل

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات

نود أعلامكم انه تم استلام مبلغ قدره (٨٦٤,٠٠٠ دولار) ثمانمائة وأربعة وستون الف دولارلاغيرها عن قيمة (٩٠٠٠٠٠لتر) بموجب مستند القبض المرقـم (٦٣٥٤٦) في ٢٠٢٢/١٢/١٩ من منتوج وقود الطائرات من شركة الوافي من أصل كمية (٥٠٠٠٠٠ لتر) الوجبة الاولى المخصصة لشهر كانون الاول/ ٢٠٢٢ استنادا إلى برقية هيأة التجهيز المرقمة ١٤٨٢٦ في ٢٠٢٢/١٢/١

علما إن المبلغ أعلاه لا يتضمن أجور النقل .

| المبلغ / دولار | السعر / سنت | الكمية / لتر |
|---|---|---|
| ٨٦٤,٠٠٠ | ٠,٩٦ | ٩٠٠٠٠٠ |

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠مع التقدير .

جبـار كـريم ثامر

عـ. مدير هيأة الشؤون المالية

مدير قسم الميزانية والتكاليف

صورة عنه إلى/

- هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠مع وافر الاحترام٠

- مخول الشركة أعلاه/ للمتابعة لطفا ٠

- الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية .

العنوان:
العراق / بغداد
/ الدورة

🌐 www.opdc.oil.gov.iq
✉ fax_opdc@opdc.oil.gov.i
✉ fax_opdc1@opdc.oil.gov.iq
✉ opdc_dura2010@yahoo.co
✉ opdc_dura_2011@yahoo.c
📞 00-123-456-783
📞 00-123-456-783

 

المحرر / منى ارشد عبد الحميد

مسؤول الشعبة / علا محفوظ صالح

Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

DGCI-00000051



**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**

No.: **14955**
Date: **19/12/2022**

To / South Distribution Authority / Basra Branch

Re: **SUPPLY OF FUEL (JET-A1)**

We would like to notify you that an amount of (**$864.000**) (*eight hundred sixty-four thousand Only*) has been received for the supply of (**900000 liters**) according to the receipt No. (**63546**) on **19/12/2022**, the first batch of (**JET-A1**) product from **Al-Wafi Co.** out of a quantity of (**5000000 liters**) *liters* specified for the month of **December/ 2022**, based on the telegram of the Processing Authority No. **14826** on **1/12/2022**.

- **Note that the above amount does not include transportation fees.**

| Quantity / liters | Price / cent | The amount / dollars |
|---|---|---|
| **900000** | **0.96** | **864.000** |

*For your kindly informed and take action  by you...with our best regards …*

*Signature*
**Jabar Karim Thabit**
***Director of the Financial Affairs Authority***



DGCI-00000052

# EXHIBIT 15

DGCI-00000053



شركة توزيع المنتجات النفطية

جمهورية العراق | وزارة النفط
IRAQ | Ministry of oil

هيأة الشؤون المالية
قسم الميزانية والتكاليف
شعبة المصافي المحلية

OPDC



العدد: ١٠٧ / ١٩٩
التاريخ: ٢٠٢٣/٠١/

فاكس ميل

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات

نود أعلامكم انه تم استلام مبـــلغ قدره (١,٣٣٠,٥٦٠ دولار ) مليون وثلاثمائة وثلاثون الف وخمسمائة وستون دولار لأغيرها عن قيمـــة (١٥٨٤٠٠٠ لتر) بموجب مستند القبـض المـرقـــم (٦٣٥٥٢) في ٢٠٢٣/١/٨ من منتوج وقـود الطـائرات من شركــة الوافي من أصـل كميـة (٥٠٠٠٠٠ لتـر) الوجبة الاولى المخصصة لشهر كانون الثاني/ ٢٠٢٣ اسـتـــنادا إلى برقيـــة هيأة التجهيز المرقمة١٥٤١٦في ٢٠٢٢/١٢/١٥ علما إن المبلغ أعلاه لا يتضمن أجور النقل .

| المبلغ / دولار | السعر / سنت | الكمية / لتر |
|---|---|---|
| ١,٣٣٠,٥٦٠ | ٠,٨٤ | ١٥٨٤٠٠٠ |

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠ مع التقدير .

جبـــار كـــريم ثامر

عـ . مدير هيأة الشؤون المالية

مدير قسم الميزانية والتكاليف

صورة عنه إلى/

ـ هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠مع وافر الاحترام٠

ـ مخول الشركة أعلاه/ للمتابعة لطفا ٠

ـ الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية .

العنوان:
العراق / بغداد
/ الدورة
٠ . . .

www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co
00-123-456-783
00-123-456-783




Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

مسؤول الشعبة / علا محفوظ صالح          المحرر / منى ارشد عبدالحميد

DGCI-00000054

**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**

No.: **107/199**
Date: **8/10/2023**

To / **South Distribution Authority / Basra Branch**

Re: <u>**SUPPLY OF FUEL (JET-A1)**</u>

We would like to notify you that an amount of (**$1.330.560**) (*one million three hundred thirty thousand five hundred sixty Only*) has been received for the supply of (**1584000 liters**) according to the receipt No. (**63552**) on **8/1/2023**, of (**JET-A1**) product from **Al-Wafi Co.** out of a quantity of (**5000000 liters**) *liters* specified for the month of **January / 2023**, based on the telegram of the Processing Authority No. **15416** on **15/12/2022**.

- **Note that the above amount does not include transportation fees.**

| Quantity / liters | Price / cent | The amount / dollars |
|---|---|---|
| **1584000** | **0.84** | **1.330.560** |

*For your kindly informed and take action  by you…with our best regards …*

*Signature*
**Jabar Karim Thabit**
*Director of the Financial Affairs Authority*

DGCI-00000055

# EXHIBIT 16

DGCI-00000056



شركة توزيع المنتجات النفطية

هيأة الشؤون المالية
قسم الميزانية والتكاليف
شعبة المصافي المحلية

OPDC

جمهورية العراق | وزارة النفط
IRAQ | Ministry of oil



العدد: ١٠٧ / ١٥٤٠

التاريخ: ٢٠٢٣/٠٢/٠٨

فاكس ميل

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات

نـود أعلامكم انـه تـم اسـتلام مبلـغ قـدره (٨٨٧٠٤٠ دولار) ثمانمائـة وسـبعة وثمـانون الـف واربعـون دولار لأغيرهـا عـن قيمـة (١٠٠٨٠٠٠ لتـر) بموجب مستند القبـض المرقـم (٦٣٥٥٨) فـي ٢٠٢٣/٢/٨ مـن منتـوج وقـود الطـائرات مـن شركـة الـوافي مـن أصـل كميـة (٥٠٠٠٠٠٠ لتـر) الوجبـة الثانيـة المخصصـة لشـهر شـباط/ ٢٠٢٣ استنادا إلـى برقيـة هيـأة التجهيـز المرقمـة ٥٤٠/١٠٣٤ فـي ٢٠٢٣/١/١٢ علمـا إن المبلـغ أعـلاه لا يتضـمن أجـور النقـل .

| المبلغ / دولار | السعر / سنت | الكمية / لتر |
|---|---|---|
| ٨٨٧٠٤٠ | ٠,٨٨ | ١٠٠٨٠٠٠ |

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠ مع التقدير .

جبـار كـريم ثـامر

عـ. مدير هيأة الشؤون المالية
مدير قسم الميزانية والتكاليف

صورة عنه إلى/

ـ هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠مع وافر الاحترام٠

ـ مخول الشركة أعلاه/ للمتابعة لطفا ٠

ـ الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية .

المحرر / منى ارشد عبدالحميد

مسؤول الشعبة / علا محفوظ صالح

العنوان:
العراق / بغداد
/ الدورة
٠ . . ٠

www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co

00-123-456-783
00-123-456-783

 

Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019



**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**

No.: **107/1540**
Date: **8/2/2023**

**To / South Distribution Authority / Basra Branch**

Re: <u>**SUPPLY OF FUEL (JET-A1)**</u>

We would like to notify you that an amount of (**$887040**) (*eight hundred eighty-seven thousand forty Only*) has been received for the supply of (**1008000 liters**) according to the receipt No. (**63558**) on **8/2/2023**, the second batch of (**JET-A1**) product from **Al-Wafi Co.** out of a quantity of (**5000000 liters**) *liters* specified for the month of **February/ 2023**, based on the telegram of the Processing Authority No. **540/1034** on **12/1/2023**.

- **Note that the above amount does not include transportation fees.**

| Quantity / liters | Price / cent | The amount / dollars |
|---|---|---|
| **1008000** | **0.88** | **887040** |

*For your kindly informed and take action  by you...with our best regards ...*

*Signature*
**Jabar Karim Thabit**
*Director of the Financial Affairs Authority*

DGCI-00000058

# EXHIBIT 17

DGCI-00000059



شركة توزيع المنتجات النفطية
هيأة الشؤون المالية
قسم الميزانية والتكاليف
شعبة المصافي المحلية

OPDC



جمهورية العراق | وزارة النفط
IRAQ | Ministry of oil

العدد/ ١٠ / ٣٤٧٢
التاريخ/ ٢٠٢٣/٠٣/٢

_____ فاكس ميل _____

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات

نود أعلامكم انه تم استلام مبلغ قدره (٨٠٦٤٠٠ دولار ) ثمانمائة وستة الف واربعمائة دولار لأغيرها عن قيمة (١٠٠٨٠٠٠ لتر) بموجب مستند القبض المرقم ( ٦٣٥٧٢ ) في ٢٠٢٣/٣/٢٨ من منتوج وقود الطائرات من شركة الوافي من أصل كمية (٥٠٠٠٠٠ لتر) الوجبة الرابعة المخصصة لشهر اذار ٢٠٢٣ استنادا إلى برقية هيأة التجهيز المرقمة٢٣٧٨في ٢٠٢٣/٢/١٩ علما إن المبلغ أعلاه لا يتضمن أجور النقل .

| المبلغ / دولار | السعر / سنت | الكمية / لتر |
|---|---|---|
| ٨٠٦٤٠٠ | ٠,٨٠ | ١٠٠٨٠٠٠ |

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠ مع التقدير .

جبـار كـريم ثامر
عـ . مدير هيأة الشؤون المالية
مدير قسم الميزانية والتكاليف

صورة عنه إلى/

ـ هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠مع وافر الاحترام٠

ـ مخول الشركة أعلاه/ للمتابعة لطفا ٠

ـ الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية .

مسؤول الشعبة / علا محفوظ صالح

المحرر / ذوالفقار عبادي

العنوان:
العراق / بغداد
/ الدورة
. . . .

🌐 www.opdc.oil.gov.iq
✉ fax_opdc@opdc.oil.gov.i
✉ fax_opdc1@opdc.oil.gov.iq
✉ opdc_dura2010@yahoo.co
✉ opdc_dura_2011@yahoo.co
📞 00-123-456-783
📠 00-123-456-783

 

Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

DGCI-00000060

**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**

No.: **107/3472**
Date: **28/3/2023**

To / South Distribution Authority / Basra Branch

### Re: <u>SUPPLY OF FUEL (JET-A1)</u>

We would like to notify you that an amount of (**$806400**) (*eight hundred six thousand four hundred Only*) has been received for the supply of (**1008000 liters**) according to the receipt No. (**63572**) on **28/3/2023**, the Fourth batch of (**JET-A1**) product from **Al-Wafi Co.** out of a quantity of (**5000000 liters**) *liters* specified for the month of **March/ 2023**, based on the telegram of the Processing Authority No. **2378** on **19/2/2023**.

- **Note that the above amount does not include transportation fees.**

| Quantity / liters | Price / cent | The amount / dollars |
|---|---|---|
| **1008000** | **0.80** | **806400** |

*For your kindly informed and take action  by you…with our best regards …*

*Signature*
**Jabar Karim Thabit**
*Director of the Financial Affairs Authority*

DGCI-00000061

# EXHIBIT 18

DGCI-00000062



شركة توزيع المنتجات النفطية

هيأة الشؤون المالية
قسم الميزانية والتكاليف
شعبة المصافي المحلية

OPDC

جمهورية العراق | وزارة النفط
IRAQ | Ministry of oil



العدد: / ٣٩٤٩
التاريخ: ٢٠٢٣/٠٤/٩

فاكس ميل

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات

نود أعلامكم انه تم استلام مبلغ قدره (١٩٤٤٠٠٠) دولار مليون وتسعمائة وأربعة واربعون الف دولار لأغيرها عن قيمة (٢٥٩٢٠٠٠ لتر) بموجب مستند القبض المرقم (٦٣٥٧٤) في ٢٠٢٣/٤/٩ من منتوج وقود الطائرات من شركة الوافي من أصل كمية (٨٠٠٠٠٠٠ لتر) المخصصة لشهر نيسان / ٢٠٢٣ استنادا إلى برقية هيأة التجهيز المرقمة٣٧٧٢ في ٢٠٢٣/٣/١٥ علما إن المبلغ أعلاه لا يتضمن أجور النقل

| المبلغ / دولار | السعر / سنت | الكمية / لتر |
|---|---|---|
| ١٩٤٤٠٠٠ | ٠,٧٥ | ٢٥٩٢٠٠٠ |

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠ مع التقدير .

مناف عبدالله غالب

مدير هيأة الشؤون المالية

صورة عنه إلى/

- هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠ مع وافر الاحترام.

- وخول الشركة أعلاه/ للمتابعة لطفا .

- الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية .

المحرر / ذوالفقار عبادي          مسؤول الشعبة / علا محفوظ          مدير قسم الميزانية والتكاليف

العنوان:
العراق / بغداد / الدورة

www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co
00-123-456-783
00-123-456-783

ISO
OPDC
Global Mes

Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

DGCI-00000063



**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**

No.: **107/3949**
Date: **9/4/2023**

**To / South Distribution Authority / Basra Branch**

## Re: <u>SUPPLY OF FUEL (JET-A1)</u>

We would like to notify you that an amount of (**$1944000**) (*one million nine hundred forty-four thousand Only*) has been received for the supply of (**2592000 liters**) according to the receipt No. (**63574**) on **9/4/2023**, the Fourth batch of (**JET-A1**) product from **Al-Wafi Co.** out of a quantity of (**8000000 liters**) *liters* specified for the month of **April/ 2023**, based on the telegram of the Processing Authority No. **3772** on **15/3/2023**.

- **Note that the above amount does not include transportation fees.**

| Quantity / liters | Price / cent | The amount / dollars |
|:---:|:---:|:---:|
| **2592000** | **0.75** | **1944000** |

*For your kindly informed and take action  by you…with our best regards …*

*Signature*
**Munaf Abdullah Ghalib**
*Director of the Financial Affairs Authority*

DGCI-00000064

# EXHIBIT 19

DGCI-00000065



جمهورية العراق
وزارة النفط
شركة توزيع المنتجات النفطية
( شركة عامة )



الرقم : ج خ ٩٧٧
التاريخ : ج خ / ٢٠١٩
الموافق : / / ١٤٤٠ هـ

٥ . ٥

هيأة تـوزيع بـــغداد
هيأة توزيـــــع الجنوب

م/ سعر منتوج وقود الطائرات (JET) لشهر اذار /٢٠١٩

استنادا الـى كـتاب وزارة النـفط /شـركة تسـويق النـفط المرقم ٩١٥٦   فـي ٢٠١٩/٢/٢٠

نعلمكم مايلي :-

يكـون سـعر اللتـر الواحـد مـن منتـوج وقـود الطـائرات (JET-A١) لشـهر اذار /٢٠١٩ الـذي يجهـز الـى الطـائرات الاجنبيـة والشـركات الصـادر لهـا اوامـر تجهيزيـة مـن قبـل هيئتنـا ( التـي تجهـز القواعـد العسـكرية والشـركات الاسـتثمارية التـي تجهـز الوقـود فـي المطـارات) بسـعر ( ٥٨ سـنت / لتـر) ثمانية وخمسون   سنت امريكي لكل لتر .

راجـين العلم واتخاذ ما يلزم وتـبليغ فروعكم للعمل بموجبه ...... مع وافر الاحترام

احسان موسى غانم
مدير هيأة التجهيز
خلف محان جساس
وكيل مدير هيأة التجهيز

صورة منه الى :-
❖ السيد المدير العام /اشارة الى هامش سيادته على مطالعتنا المرقمة ٨٩٨٩ في ٢٠١٨/١٢/٢٤ /للتفضل بالعلم.. مع وافر الاحترام ونعلمكم بان سعر الــمنتوج لشهر  اذار /٢٠١٩  هو( ٥٠ سـنت / لتر )
❖ هيأة الشؤون المالية / راجيـن العلم واتخاذ ما يلزم ونعلمكم بان سعر المنتوج لشهر اذار /٢٠١٩ هو خمسون سنت امريكي لكل لتر لإغراض التـحاسب المالي مع شركات المصافي للكميات المجهزة بما فيها الكميات المجهزة فقط للطائرات الأجنبية.. مع وافر الاحترام
❖ هيأة الــنقل / راجين الـــعلم ......... مع وافر الاحترام
❖ قسم الرقابة والتدقيق الداخـلي / راجين العلم وقدر تعلق الامر بكم ....... مع وافر الاحترام
❖ هيأة الشؤون القـانونية / راجين العـلم وقدر تعـلق الأمر بــكم ....... مع وافر الاحترام
❖ هيأة التـجهيز /قسـم وقود الطائرات /للعلم وابلاغ الشركات التي تجهز من قبلكم ....... مع وافر الاحترام
❖ هيأة التجهيز /قسم التصدير /للعلم .... مع وافر الاحترام
❖ هيأة التـجهيز /قسـم تجهيز الوقود/ شعبة تجهيز دوائر الدولة / مع الاولـيات / لـطفا "
❖ الأرشفة
٢٠١٩/٢/٢٤

DGCI-00000066



**REPUBLIC OF IRAQ**
**MINISTRY OF OIL**

**Petroleum Products Distribution Company**
**DISTRIBUTION DIVISION / FUEL DIVISION**





No.: **2937**
Date: **24/2/2019**

To / Baghdad Distribution Authority
/ South Distribution Authority

Re: <u>**The price of the (JET-A1) product**</u>
<u>**for the month of March 2019**</u>

Based on the letter of Ministry of Oil - Oil Marketing Organization (SOMO), No. **9156** on **20/2/2019**, we inform you as follows:

The price of one Liter of the aviation fuel (Jet-1), for March 2019, that is supplied to foreign aircrafts and companies that have supply orders issued by our staff (which supplies military bases and investment companies that supply fuel at airports), will be 58 cent per Liter.

*Please take the necessary actions in accordance with the above notice.*

*Signing on behalf of / the General Manager*
**Ahlam Almas Barjas**
*Supply Authority Manager*

DGCI-00000067