# EXHIBIT 2

DGCI-00000068

# Sklute & Associates

Suite 600
12505 Park Potomac Avenue
Potomac, Maryland 20854

---

Telephone
(202) 637-1223
(301) 838-0009

Fax
(202) 637-0598

E-Mail
Sklute@FEDGOVcontractslaw.com

Lawrence J. Sklute, Esq.
Admitted in D.C., not Maryland

Major General Nolan Sklute
USAF Retired [of counsel]
Admitted in N.Y., not Maryland

Practice  Limited  to
Federal    Government
Contracts

## TRANSMITTAL COVERSHEET

**To:**                                    <u>Mr. Augustus Patterson, Contracting Officer</u>

**Company/Agency:**                        <u>DLA-Energy</u>

**E-mail Address / Fax Number:**           <u>VIA E-Mail</u>

**From:**                                  <u>Larry Sklute</u>

**Date:**                                  <u>1 April 2024</u>

Total of <u>21</u> page(s) plus coversheet.

**Comments:**

Subject:    Supplement to Request for Economic Price Adjustment ("EPA") of May 22, 2024
            under Contract No. SPE605-20-D-9518 (hereinafter "Contract")

Confidentiality Notice:

The information contained in this communication is information protected by attorney-client and/or attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail or facsimile. If the person actually receiving this communication or any other reader of this communication is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete the e-mail and destroy the facsimile.

* IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (202) 637-1223

DGCI-00000069

## Sklute & Associates

Suite 600
12505 Park Potomac Avenue
Potomac, Maryland 20854

Telephone
(202) 637-1223
(301) 838-0009

Fax
(202) 637-0598

E-Mail
Sklute@FEDGOVcontractslaw.com

Lawrence J. Sklute, Esq.
Admitted in D.C., not Maryland

Major General Nolan Sklute
USAF Retired  [of counsel]
Admitted in N.Y., not Maryland

Practice    Limited    to
Federal    Government
Contracts

April 1, 2024

VIA E-MAIL: Augustus.patterson@dla.mil

Defense Logistics Agency – Energy ("DLA-E")
8725 John J. Kingman Road
Fort Belvoir, VA 22060-6222

Attention:    Mr. Augustus Patterson
              Contracting Officer
              Tel. (571) 585-1435

Subject:    Supplement to Request for Economic Price Adjustment ("EPA") of May 22, 2024
            under Contract No. SPE605-20-D-9518 (hereinafter "Contract")

Dear Mr. Patterson,

The subject EPA Request amounts to $5,527,502.11 and is for the period of November 2021 through April 2023.  The instant letter supplements the EPA Request to include May 2023 through the end of the period of performance, October 2023, increasing the EPA Request to $7,331,663.71.

The supporting OPDC Finance Letters are attached hereto as exhibits 19 through 24 and the Table that was included in the May EPA Request has been updated accordingly:

DGCI-00000070

Mr. Augustus Patterson
April 1, 2024
Page 2 of 3

Table

| EX No. | Month | OPDC Price per Liters (OPDC Finance Letter) | OPDC Price per US Gallon ("USG") | PLATTS price per USG (Available through DLA Energy's Tool, "Prices to Web") | OPDC Price per USG Less PLATTS Price per USG | USG | Economic Price Adjustment |
|---|---|---|---|---|---|---|---|
| 1 | Nov-21 | $0.690000 | $2.611934 | $2.166935 | $0.444999 | 1,127,233.00 | $501,617.56 |
| 2 | Dec-21 | $0.680000 | $2.574080 | $2.066935 | $0.507145 | 980,739.00 | $497,376.88 |
| 3 | Jan-22 | $0.620000 | $2.346955 | $1.926935 | $0.42002 | 1,337,122.00 | $561,617.98 |
| 4 | Feb-22 | $0.730000 | $2.763351 | $2.226935 | $0.536416 | 1,076,704.00 | $577,561.25 |
| 5 | Mar-22 | $0.780000 | $2.952621 | $2.476935 | $0.475686 | 976,454.00 | $464,485.50 |
| 6 | Apr-22 | $1.020000 | $3.861120 | $3.096935 | $0.764185 | 1,010,013.00 | $771,836.78 |
| 7 | May-22 | $1.080000 | $4.088245 | $3.116935 | $0.97131 | 749,860.00 | $728,346.52 |
| 8 | Jun-22 | $1.150000 | $4.353224 | $3.266935 | $1.086289 | 1,018,434.00 | $1,106,313.65 |
| 9 | Jul-22 | $1.270000 | $4.807473 | $3.776935 | $1.030538 | 1,008,679.00 | $1,039,482.04 |
| 10 | Aug-22 | $1.050000 | $3.974683 | $3.086935 | $0.887748 | 1,009,443.00 | $896,131.00 |
| 11 | Sep-22 | $0.990000 | $3.747558 | $3.026935 | $0.720623 | 1,459,921.00 | $1,052,052.65 |
| 12 | Oct-22 | $0.970000 | $3.671850 | $2.746935 | $0.924915 | 987,151.00 | $913,030.77 |
| 13 | Nov-22 | $0.970000 | $3.671850 | $2.846935 | $0.824915 | 938,597.00 | $774,262.74 |
| 14 | Dec-22 | $0.960000 | $3.633996 | $2.776935 | $0.857061 | 788,568.00 | $675,850.88 |
| 15 | Jan-23 | $0.840000 | $3.179746 | $2.476935 | $0.702811 | 34,012.00 | $23,904.01 |
| 16 | Feb-23 | $0.880000 | $3.331163 | $2.626935 | $0.704228 | 892,139.00 | $628,269.26 |
| 17 | Mar-23 | $0.800000 | $3.028330 | $2.447202 | $0.581128 | 473,754.00 | $275,311.71 |
| 18 | Apr-23 | $0.750000 | $2.839059 | $2.250145 | $0.588914 | 1,115,529.00 | $656,950.65 |
| 19 | May-23 | $0.730000 | $2.763349 | $2.197293 | $0.566056 | 1,272,254.00 | $720,167.39 |
| 20 | June-23 | $0.700000 | $2.649787 | $2.014448 | $0.635339 | 906,620.00 | $576,011.04 |
| 21 | July-23 | $0.720000 | $2.725495 | $2.065321 | $0.660174 | 923,111.00 | $609,414.07 |
| 22 | Aug-23 | $0.760000 | $2.876912 | $2.286281 | $0.590631 | 1,064,256.00 | $628,582.16 |
| 23 | Sept-23 | $0.940000 | $3.558285 | $2.694297 | $0.863988 | 1,094,939.00 | $946,014.59 |
| 24 | Oct-23 | $1.000000 | $3.785410 | $2.841571 | $0.943839 | 674,180.00 | $636,317.38 |
| | | | | | | | |
| | Totals | | | | | 22,919,712 | $16,260,908.47 |

DGCI-00000071

Mr. Augustus Patterson
April 1, 2024
Page 3 of 3

The Requested Economic Price Adjustment is computed as follows:

$16,260,908.47  [See Table]

LESS  $ 8,929,244.76  [($2.19554 LESS $1.805952) TIMES 22,919,712 USG]

$ 7,331,663.71

## Conclusion

Based on the foregoing, DGCI requests an Economic Price Adjustment in the amount of $7,331,663.71 for CLIN 006, substituting OPDC for the Platts reference price effective November 2021 through October 2023, and this is warranted.

Sincerely,

Lawrence J. Sklute

cc:  (via e-mail)
Steve Sosko, Esq.
Steven.sosko@dla.mil
Tel. (571) 767-0708

Chris Colby, Esq.
Christopher.Colby@dla.mil
Tel. (571) 363-8696

Mr. Romeo Smith
romeo.smith@dla.mil
Tel. (571) 485-8479

Mr. Ketah Watson
ketah.watson@dla.mil
Tel. (571) 767-9003
Cell: (571) 585-8251

Mr. Orlando Rodriguez
orlando.rodriguez@dla.mil

Mr. Roger Brown
Roger.Brown@dla.mil
Tel. (571) 767-0548

DGCI-00000072

# EXHIBIT 19

DGCI-00000073



1

Aline S. Antoun for Translation

**OIL PRODUCTS DISTRIBUTION COMPANY**
**FINANCIAL AFFAIRS DEPARTMENT**
**Budget and Expenses Section**
**Local Refineries Division**
**No.:** 5295/107
**Date:** May 11, 2023

|  |
|---|
| **IRAQ** |
| **MINISTRY of OIL** |

<u>**Fax Mail**</u>

**<u>Addressed to</u>**: South Distribution Department/ Basra Branch

<u>**Subject**</u>: JET-A1 Fuel Product- Basra

We would like to inform you that we received an amount of (867,240 USD) Only Eight Hundred Sixty-Seven Thousand Two Hundred Forty US Dollars for the value of (1,188,000 Liters) by virtue of the receipt No. 63579 on May 11, 2023 the second instalment of JET-A1 Fuel Product from **Al-Wafi Company** out of a quantity of (8,000,000 Liters) for May/2023, based upon the Supply Authority's Letter No. 5451 on April 18, 2023. Knowing that the aforementioned amount does not include the Transport Fees.

| Quantity/ Liter | Price/US Cent | Amount/USD |
|---|---|---|
| 1,188,000 | 0,73 | 867,240 |

**For Information and Taking the Necessary Actions... Best regards.**

Tax $0.031
Admin Fees $2,000
Total Tax $38,828
Total Amount $906,068

**From: The Financial Affairs Manager**
Jabbar Karim Thamer (Signature)
**The Budget and Expenses Section Manager**

**<u>A Copy for:</u>**

- Supply Department/ referring to your aforementioned Letter, For Information, Best Regards
- The abovementioned Company's Authorized Person, to kindly follow it up.
- Financial Affairs Department/ Budget and Expenses Department/ Local Refineries Division.

|  |  |
|---|---|
| **The Editor** | **Division Official** |
| Thu Al Fokar Abady | Ola Mahfouz |
| (Signature) | (Signature) |

**Aline S. Antoun- Sworn Translator**

**\* True translation of the enclosed document**

DGCI-00000074



شركة توزيع المنتجات النفطية

هيأة الشؤون المالية

قسم الميزانية والتكاليف

شعبة المصافي المحلية

OPDC



جمهورية العراق / وزارة النفط

IRAQ | Ministry of oil

العدد: ١٠٧ / ٥٢٩٥

التاريخ: ٢٠٢٣/٠٥/١

فاكس مبل



#5295
May 11, 2023

Basra Jet A1

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات

نود أعلامكم انه تم استلام مبلغ قدره (٨٦٧٢٤٠ دولار) ثمانمائة وسبعة وستون الف ومائتان واربعون دولار لأغيرها عن قيمة (١١٨٨٠٠٠ لتر) بموجب مستند القبض المرقم (٦٣٥٧٩) في ٢٠٢٣/٥/١١ من منتوج وقود الطائرات من شركة الوافي من أصل كمية (٨٠٠٠٠٠٠ لتر) المخصصة لشهر ايار/ ٢٠٢٣ الوجبة الثانية استنادا إلى برقية هيأة التجهيز المرقمة ٥٤٥١في٢٠٢٣/٤/١٨ علما إن المبلغ أعلاه لا يتضمن أجور النقل .

| المبلغ / دولار | السعر / سنت | الكمية / لتر |
|---|---|---|
| ٨٦٧٢٤٠ | ٠،٧٣ | ١١٨٨٠٠٠ |

للتفضل بالعلم و اتخاذ مايلزم من قبلكم ٠٠٠ مع التقدير.

$867240

$0.73

liters 1188000

جبار كريم ثامر

ع. مدير الهيأة الشؤون المالية

مدير قسم الميزانية والتكاليف

Tax $0.031
admin fees $2000
total tax $38828
total amount $906068

العنوان:
العراق / بغداد
/ الدورة

صورة عنه إلى

هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ٠٠٠٠٠٠٠٠٠٠مع وافر الاحترام.

مخول الشركة أعلاه/ للمتابعة لطفا .

الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية ٠٠٠٠٠للحفـ ظ.

www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co
00-123-456-783
00-123-456-783

مسؤول الشعبة / علا محفوظ

المحرر / ذوالفقار عبدي

 

Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

ISO

Global Mes

DGCI-00000075

# EXHIBIT 20

DGCI-00000076

1

Aline S. Antoun for Translation

**OIL PRODUCTS DISTRIBUTION COMPANY**
**FINANCIAL AFFAIRS DEPARTMENT**
**Budget and Expenses Section**
**Local Refineries Division**
<u>**No.:**</u> 6913/107
<u>**Date:**</u> June 13, 2023

| IRAQ |
| :---: |
| MINISTRY of OIL |

<u>**Fax Mail**</u>

<u>**Addressed to**</u>: South Distribution Department/ Basra Branch

<u>**Subject**</u>: JET-A1 Fuel Product- Basra

We would like to inform you that we received an amount of (2,328,480,000 Iraqi Dinars) Only Two Billion Three Hundred Twenty-Eight Million Four Hundred Eighty Thousand Iraqi Dinars for the value of (2,520,000 Liters) by virtue of the receipts No. 641878 & 641879 on June 13, 2023 the third instalment of JET-A1 Fuel Product from Al-Wafi Company out of a quantity of (8,000,000 Liters) for June/2023, based upon the Supply Authority's Letter No. 6346 on May 08, 2023. Knowing that the aforementioned amount does not include the Transport Fees.

| Quantity/ Liter | Price/Iraqi Dinars | Amount/ Iraqi Dinars |
| :---: | :---: | :---: |
| 2,520,000 | 0,70 * 1,320 | 2,328,480,000 |

**For Information and Taking the Necessary Actions... Best regards.**

Tax $0.031
Admin Fees $2,000
Total Tax $80,120

**From: The Financial Affairs Manager**
Jabbar Karim Thamer (Signature)
**The Budget and Expenses Section Manager**

<u>**A Copy for:**</u>

- Supply Department/ referring to your aforementioned Letter, For Information, Best Regards
- The abovementioned Company's Authorized Person, to kindly follow it up.
- Financial Affairs Department/ Budget and Expenses Department/ Local Refineries Division.

| **The Editor** | **Division Official** |
| :---: | :---: |
| Haydar Abdul Rida Abdul Sadah | Ola Mahfouz Saleh |
| (Signature) | (Signature) |

**Aline S. Antoun- Sworn Translator**

**\* True translation of the enclosed document**

DGCI-00000077



**جمهورية العراق | وزارة النفط**
**IRAQ | Ministry of oil**

شركة توزيع المنتجات النفطية
هيأة الشؤون المالية
قسم الميزانية والتكاليف
شعبة المصافي المحلية

OPDC

**#6913**
**June 13, 2023**

العدد٧ / ١٠ / ٦٩١٣
فاكس ميل
التاريخ ٢٠٢٣/٠٦/١

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات **Basra Jet A1**

نود أعلامكم انه تم استلام مبلغ قدره (٢٣٢٨٤٨٠٠٠٠ دينار) مليارين وثلاثمائة وثمانية وعشرون مليون واربعمائة وثمانون ألف دينار عن قيمة (٢٥٢٠٠٠٠ لتر) بموجب مستندي القبض المرقـمين (٦٤١٨٧٨) و (٦٤١٨٧٩) في ٢٠٢٣/٦/١٣ من منتوج وقود الطـائرات من شركـة الوافي من أصـل كمية (٨٠٠٠٠٠٠ لتر) مخصص لشهر حزيران / ٢٠٢٣ الوجبة الثالثة والرابعة استنادا إلى برقيـة هيأة التجهيز المرقمة ٦٣٤٦ في ٢٠٢٣/٥/٨ علما إن المبلغ أعلاه لا يتضمن أجور النقل.

**IQD 2328480000**

| المبلغ / دينار | السعر / دينار | الكمية / لتر |
|---|---|---|
| ٢٣٢٨٤٨٠٠٠٠ | ١٣٢٠ * ٠,٧٠ | ٢٥٢٠٠٠٠ |

للتفضل بالعلم واتخاذ ما يلزم من قبلكم ... مع التقدير

**liters 2520000**

**IQD 1320 X 0.7**

**tax $0.031**
**admin fees $2000**
**total tax $80120**

جبـار كـريم ثـامر
ع . مدير هيأة الشؤون المالية
مدير قسم الميزانية والتكاليف

العنوان:
العراق / بغداد
/ الدورة

🌐 www.opdc.oil.gov.iq
✉ fax_opdc@opdc.oil.gov.i
✉ fax_opdc1@opdc.oil.gov.iq
✉ opdc_dura2010@yahoo.co
✉ opdc_dura_2011@yahoo.co
📞 00-123-456-783
📞 00-123-456-783

صورة عنه إلى/

ـ هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ... مع وافر الاحترام

ـ مخول الشركة أعلاه/ للمتابعة لطفا

ـ الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية.

المحرر: حيدر عبد الرضا عبد السادة مسؤول الشعبة: علا محفوظ صالح




Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

DGC1-00000078

# EXHIBIT 21

DGCI-00000079

1

Aline S. Antoun for Translation

**OIL PRODUCTS DISTRIBUTION COMPANY**
**FINANCIAL AFFAIRS DEPARTMENT**
**Budget and Expenses Section**
**Local Refineries Division**
<u>**No.:**</u> 7716/107
<u>**Date:**</u> July 06, 2023

| IRAQ |
| :---: |
| **MINISTRY of OIL** |

<u>**Fax Mail**</u>

<u>**Addressed to**</u>: South Distribution Department/ Basra Branch

<u>**Subject**</u>: JET-A1 Fuel Product- Basra

We would like to inform you that we received an amount of (1,471,219,200 Iraqi Dinars) Only One Billion Four Hundred Seventy-One Million Two Hundred Nineteen Thousand Two Hundred Iraqi Dinars for the value of (1,548,000 Liters) by virtue of the receipt No. 641994 on July 06, 2023 the second instalment of JET-A1 Fuel Product from Al-Wafi Company out of a quantity of (8,000,000 Liters) for July/2023, based upon the Supply Authority's Letter No. 8738 on June 22, 2023. Knowing that the aforementioned amount does not include the Transport Fees.

| Quantity/ Liter | Price/Iraqi Dinars | Amount/ Iraqi Dinars |
| :---: | :---: | :---: |
| 1,548,000 Liters | 0,72 $ * 1,320 IQD | 1,471,219,200 IQD |

**For Information and Taking the Necessary Actions... Best regards.**

Tax $0.031
Admin Fees $2,000
Total Tax $48,440

**From: The Financial Affairs Manager**
Jabbar Karim Thamer (Signature)
**The Budget and Expenses Section Manager**

<u>**A Copy for:**</u>

- Supply Department/ referring to your aforementioned Letter, For Information, Best Regards
- The abovementioned Company's Authorized Person, to kindly follow it up.
- Financial Affairs Department/ Budget and Expenses Department/ Local Refineries Division.

|  |  |
| :---: | :---: |
| **The Editor** | **Division Official** |
| Haydar Abdul Rida | Ola Mahfouz Saleh |
| (Signature) | (Signature) |

**Aline S. Antoun- Sworn Translator**

**\* True translation of the enclosed document**



DGCI-00000080



شركة توزيع المنتجات النفطية

هيأة الشؤون المالية
قسم الميزانية والتكاليف
شعبة المصافي المحلية



OPDC

جمهورية العراق | وزارة النفط
IRAQ | Ministry of oil

#7716
July 6, 2023

العدد: ١٠ / ٧٧١٦
التاريخ: ٢٠٢٣/٠٧/

فاكس ميل

إلى/ هيأة توزيع الجنوب / فرع البصرة

Basra Jet A1

م/وقود طائرات

نود أعلامكم انه تم استلام مبلغ قدره (١٤٧١٢١٩٢٠٠ دينار) مليار واربعمائة وواحد وسبعون مليون ومائتان وتسعة عشر الف ومائتان دينار عراقي فقط عن قيمة (١٥٤٨٠٠٠ لتر) بموجب مستند القبض المرقم (٦٤١٩٩٤) في ٢٠٢٣/٧/٦ من منتوج وقود الطائرات من شركة الوافي من أصل كمية (٨٠٠٠٠٠ لتر) مخصص لشهر تموز / ٢٠٢٣ الوجبة الثانية استنادا إلى برقية هيأة التجهيز المرقمة ٨٧٣٨ في ٢٠٢٣/٦/٢٢ علما إن المبلغ أعلاه لا يتضمن أجور النقل.

IQD 1471219200

| المبلغ / دينار | السعر / دينار | الكمية / لتر |
|---|---|---|
| ١٤٧١٢١٩٢٠٠ | ١٣٢٠ * ٠,٧٢ | ١٥٤٨٠٠٠ |

للتفضل بالعلم واتخاذ ما يلزم من قبلكم ... مع التقدير

IQD 1320 X 0.72

liters 1548000

جبار كريم الشامر

ع . مدير هيأة الشؤون المالية
مدير قسم الميزانية والتكاليف

tax $0.03
admin fees $2000
total tax $48440

صورة عنه إلى/

- هيأة التجهيز /إشارة إلى برقيتكم أعلاه للتفضل بالعلم ... مع وافر الاحترام

- مخول الشركة أعلاه/ للمتابعة لطفا

- الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية.

العنوان:
العراق / بغداد
/ الدورة

🌐 www.opdc.oil.gov.iq
✉ fax_opdc@opdc.oil.gov.l
✉ fax_opdc1@opdc.oil.gov.iq
✉ opdc_dura2010@yahoo.co
✉ opdc_dura_2011@yahoo.co
📞 00-123-456-783
📞 00-123-456-783

 

ISO
Global Mcs

المحرر حيدر عبد الرضا
مسؤول الشعبة : علا محفوظ صالح

Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

DGCI-00000081

# EXHIBIT 22

DGCI-00000082



1

Aline S. Antoun for Translation

**OIL PRODUCTS DISTRIBUTION COMPANY**
**FINANCIAL AFFAIRS DEPARTMENT**
**Budget and Expenses Section**
**Local Refineries Division**
<u>**No.:**</u> 9732/107
<u>**Date:**</u> August 17, 2023

| | |
|---|---|
| **IRAQ** | |
| **MINISTRY of OIL** | |

<u>**Fax Mail**</u>

<u>**Addressed to**</u>: South Distribution Department/ Basra Branch/ OPDC/ Basra

<u>**Subject**</u>: JET-A1 Fuel Product

We would like to inform you that we received an amount of (2,130,796,800 Iraqi Dinars) Only Two Billion One Hundred Thirty Million Seven Hundred Ninety-Six Thousand Eight Hundred Iraqi Dinars for the value of (2,124,000 Liters) by virtue of the receipt No. 736280 on August 17, 2023 the third instalment of JET-A1 Fuel Product from Al-Wafi Company out of a quantity of (8,000,000 Liters) for August/2023.

| **Quantity/ Liter** | **Price/Iraqi Dinars** | **Amount/ Iraqi Dinars** |
|---|---|---|
| 2,124,000 Liters | 0,76 $ * 1,320 IQD | 2,130,796,800 IQD |

**For Information and Taking the Necessary Actions... Best regards.**

Tax $0.03
Admin Fees $2,000
Total Tax $63,720

**From: The Financial Affairs Manager**
Jabbar Karim Thamer (Signature)
**The Budget and Expenses Section Manager**

<u>**A Copy for:**</u>

- Supply Department/ referring to your aforementioned Letter No. 9325 on July 10, 2023, For Information, Best Regards
- The abovementioned Company's Authorized Person, to kindly follow it up.
- Financial Affairs Department/ Budget and Expenses Department/ Local Refineries Division.

| **The Editor** | **Division Official** |
|---|---|
| Haydar Abdul Rida | Ola Mahfouz Saleh |
| (Signature) | (Signature) |

**Aline S. Antoun- Sworn Translator**

**\* True translation of the enclosed document**

DGCI-00000083



شركة توزيع المنتجات النفطية

هيأة الشؤون المالية
قسم الميزانية والتكاليف
شعبة المصافي المحلية

OPDC



جمهورية العراق | وزارة النفط
IRAQ | Ministry of oil

العدد: ١ / ٩٧٣٢

#9732
17-08-2023

فاكس ميل

التاريخ: ٢٠٢٣/٠٨/

إلى/ هيأة توزيع الجنوب / فرع البصرة　　OPDC / Basra

م/وقود طائرات　Jet A1

نود أعلامكم انه تم استلام مبلغ قدره (٢,١٣٠,٧٩٦,٨٠٠ دينار) مليارين ومائة وثلاثون مليون وسبعمائة وستة وتسعون الف وثمانمائة دينار لأغير عن قيمة (٢١٢٤٠٠٠ لتر) بموجب مستند القبض المرقم (٧٣٦٢٨٠) في ٢٠٢٣/٨/١٧ من منتوج وقود الطائرات من شركة الوافي من أصل كمية (٨٠٠٠٠٠ لتر) مخصص لشهر اب / ٢٠٢٣ الوجبة الثالثة.

| المبلغ / دينار | السعر / دينار | الكمية / لتر |
|---|---|---|
| ٢,١٣٠,٧٩٦,٨٠٠<br>IQD 2,130,796,800 | ١٣٢٠ * ٠,٧٦<br>IQD 1320 X $ 0.76 | ٢١٢٤٠٠٠<br>Liter 2,124,000 |

للتفضل بالعلم واتخاذ ما يلزم من قبلكم ... مع التقدير

Tax = $ 0.03
Admin Fees = $ 2000
Total Tax = $ 63,720

جبار كريم ثامر

ع . مدير هيأة الشؤون المالية

مدير قسم الميزانية والتكاليف

صورة عنة الى:

العنوان:
العراق / بغداد / الدورة

www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co

00-123-456-783
00-123-456-783

ـ هياه التجهيز /إشارة إلى برقيتكم ذات العدد ٩٣٢٥ في ٢٠٢٣/٧/١٠ أعلاه للتفضل بالعلم ... مع وافر الاحترام

ـ مخول الشركة أعلاه/ للمتابعة لطفا

ـ الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية.



　

Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

المحرر: حيدر عبد الرضا

مسؤول الشعبة: علا محفوظ صالح

DGCI-00000084

# EXHIBIT 23

DGCI-00000085

شركة توزيع المنتجات النفطية

هيأة الشؤون المالية

قسم الميزانية والتكاليف

شعبة المصافي المحلية

OPDC

العدد: ١٠٧ / ١٠٩٨١

فاكس ميل

التاريخ: ٢٠٢٣/٠٩/١٧

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/ وقود طائرات

نود أعلامكم انه تم استلام مبلغ قدره (٣,١٢٦,٨١٦,٠٠٠ دينار) ثلاثة مليارات ومائة وستة وعشرون مليون وثمانمائة وستة عشر الف دينار لأغير عن قيمة (٢٥٢٠٠٠٠ لتر) بموجب مستند القبض المرقم (٧٣٦٤٣٢) في ٢٠٢٣/٩/١٧ من منتوج وقود الطائرات من شركة الوافي من أصل كمية (٨٠٠٠٠٠٠ لتر) مخصص لشهر ايلول / ٢٠٢٣ الوجبة الاولى.

| المبلغ / دينار | السعر / دينار | الكمية / لتر |
|---|---|---|
| ٣,١٢٦,٨١٦,٠٠٠ | ٠,٩٤ | ٢٥٢٠٠٠٠ |

للتفضل بالعلم واتخاذ ما يلزم من قبلكم ... مع التقدير

جبار كريم ثامر

عـ . مدير هيأة الشؤون المالية

مدير قسم الميزانية والتكاليف

صورة عنة الى:

- هيأه التجهيز /إشارة إلى برقيتكم ذات العدد ٩٣٢٥ في ٢٠٢٣/٧/١٠ أعلاه للتفضل بالعلم. مع وافر الاحترام.

- قسم الرقابة والتدقيق الداخلي المركزي / للعلم ... مع التقدير.

- مخول الشركة أعلاه/ للمتابعة لطفا.

- الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية.

المحرر: حيدر عبد الرضا

مسؤول الشعبة: علا محفوظ صالح

العنوان:
العراق / بغداد
الدورة

www.opdc.oil.gov.iq
fax_opdc@opdc.oil.gov.i
fax_opdc1@opdc.oil.gov.iq
opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co
00-123-456-783
00-123-456-783

Doc. No. Qsp/12/f3
Revision No. 01
Date: 2019

1

Aline S. Antoun for Translation

**OIL PRODUCTS DISTRIBUTION COMPANY**
**FINANCIAL AFFAIRS DEPARTMENT**
**Budget and Expenses Section**
**Local Refineries Division**
**No.:** 107/10981
**Date:** September 17, 2023

| IRAQ |
|---|
| **MINISTRY of OIL** |

**Fax Mail**

**Addressed to**: South Distribution Department- Basra Branch

**Subject**: JET-A1 Fuel Product

We would like to inform you that we received an amount of (3,126,816,000 Iraqi Dinars) Only Three Billion One Hundred Twenty-Six Million Eight Hundred Sixteen Thousand Iraqi Dinars for the value of (2,520,000 Liters) by virtue of the receipt No. 736432 on September 17, 2023 the first installment of JET-A1 Fuel Product from Al-Wafi Company out of a quantity of (8,000,000 Liters) for September/2023.

| Quantity/ Liter | Price/Iraqi Dinar | Amount/Iraqi Dinar |
|---|---|---|
| 2,520,000 | 0,94 | 3,126,816,000 |

**For Information and Taking the Necessary Actions... Best regards.**

**From: The Financial Affairs Manager**
Jabbar Karim Thamer
**The Budget and Expenses Section Manager**
On September 17, 2023

**A copy for:**

- Equipment Department/ referring to your aforementioned Letter No. 9325 on July 10,2023, For Information, Best Regards
- Central Control and Internal Audit Department/ For information, Best Regards.
- The abovementioned Company's Authorized Person, to kindly follow it up.
- Financial Affairs Department/ Budget and Expenses Department/ Local Refineries Division.

| **The Editor** | **Division Official** |
|---|---|
| Haydar Abdul Rida | Ola Mahfouz Saleh |
| (Signature) | (Signature) |

**Aline S. Antoun- Sworn Translator**

**\* True translation of the enclosed document**

DGCI-00000087

# EXHIBIT 24

DGCI-00000088



Aline S. Antoun for Translation

**OIL PRODUCTS DISTRIBUTION COMPANY**
**FINANCIAL AFFAIRS DEPARTMENT**
**Budget and Expenses Section**
**Local Refineries Division**
<u>**No.:**</u> 107/12828
<u>**Date:**</u> October 23, 2023

| IRAQ |
| :---: |
| MINISTRY of OIL |

<u>**Fax Mail**</u>

<u>**Addressed to**</u>: South Distribution Department/ Basra Branch

<u>**Subject**</u>: JET-A1 Fuel Product

We would like to inform you that we received an amount of (997,920,000 Iraqi Dinars) Only Nine Hundred Ninety-Seven Million Nine Hundred Twenty Thousand Iraqi Dinars for the value of (756,000 Liters) by virtue of the receipt No. 736673 on October 23, 2023 the third installment of JET-A1 Fuel Product from Al-Wafi Company out of a quantity of (8,000,000 Liters) for October/2023.

| Quantity/ Liter | Price/Iraqi Dinar | Amount/Iraqi Dinar |
| :---: | :---: | :---: |
| 756,000 | 1,320 | 997,920,000 |

**For Information and Taking the Necessary Actions... Best regards.**

**From: The Financial Affairs Manager**
Jabbar Karim Thamer
**The Budget and Expenses Section Manager**
On October 23, 2023

<u>**A copy for:**</u>

- Supply Department/ referring to your aforementioned Letter No. 9325 on July 10, 2023, For Information, Best Regards
- Central Control and Internal Audit Department/ For information, Best Regards.
- The abovementioned Company's Authorized Person, to kindly follow it up.
- Financial Affairs Department/ Budget and Expenses Department/ Local Refineries Division.

| **The Editor** | **Division Official** |
| :---: | :---: |
| Haydar Abdul Rida | Ola Mahfouz Saleh |
| (Signature) | (Signature) |

**Aline S. Antoun- Sworn Translator**

**\* True translation of the enclosed document**

DGCI-00000089



شركة توزيع المنتجات النفطية
هيأة الشؤون المالية
قسم الميزانية و التكاليف
شعبة المصافي المحلية


RAQ | Ministry of oil

**12828**
**October 23, 2023**

العدد / ١٢٨٢٨
التاريخ / ٢٠٢٣/١٠/٢٣

فاكس ميل

إلى/ هيأة توزيع الجنوب / فرع البصرة

م/وقود طائرات    **Basra Jet A1**

نود أعلامكم انه تم استلام مبلغ قدره (،٩٩٧,٩٢٠,٠٠٠ دينار) تسعمائة وسبعة وتسعون مليون وتسعمائة وعشرون الف دينار لأغير عن قيمة (٧٥٦٠٠٠ لتر) بموجب مستند القبض المرقم (٧٣٦٦٧٣) في ٢٠٢٣/١٠/٢٣ من منتوج وقود الطائرات من شركة الوافي من أصل كمية (٨٠٠٠٠٠ لتر) مخصص لشهر تشرين الاول / ٢٠٢٣ الوجبة الثالثة.

| المبلغ / دينار | السعر /دينار | الكمية / لتر |
|---|---|---|
| ٩٩٧,٩٢٠,٠٠٠ | ١٣٢٠ | ٧٥٦٠٠٠ |

للتفضل بالعلم واتخاذ ما يلزم من قبلكم ... مع التقدير

**IQD 997 920 000**                          **Liters 756 000**

**IQD 1320 X 1.00**

**Tax $0.031**
**admin fees $2000**
**total tax $23436**

جبار كريم ثامر
ع . مدير هيأة الشؤون المالية
مدير قسم الميزانية والتكاليف

العنوان:
العراق / بغداد
/ الدورة

🌐 www.opdc.oil.gov.iq
✉ fax_opdc@opdc.oil.gov.i
✉ fax_opdc1@opdc.oil.gov.iq
✉ opdc_dura2010@yahoo.co
opdc_dura_2011@yahoo.co
📞 00-123-456-783
📞 00-123-456-783

نسخة منه الى:
- هياة التجهيز /إشارة إلى برقيتكم ذات العدد ٩٣٢٥ في ٢٠٢٣/٧/١٠ أعلاه للتفضل بالعلم. مع وافر الاحترام.
- قسم الرقابة والتدقيق الداخلي المركزي / للعلم ... مع التقدير.
- مخول الشركة أعلاه/ للمتابعة لطفا.
- الهيأة المالية /قسم الميزانية والتكاليف/ شعبة المصافي المحلية.

مسؤول الشعبة: علا محفوظ صالح

المحرر: حيدر عبد الرضا

 

Doc. No. Qso/12/f3
Revision No. 01
Date 2019

الممسوحة ضوئيا بـ CamScanner

DGCI-00000090